United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                                    Case No. 26-00517-MJC

Leigh Torres                                                              Chapter 7

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5                 User: AutoDocke                 Page 1 of 2

Date Rcvd: Mar 18, 2026                 Form ID: asextnd                 Total Noticed: 21

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 20, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| 5783701 | | GEM Financial Services, 21 W. 47th St., Suite 500, New York, NY 10036-2825 |
| 5783700 | | GEM Financial Services, 8413 5th Ave, Brooklyn, NY 11209-4709 |
| 5783696 | + | Homestar RX and Infusion Services, 77 S. Commerce Way Suite 200, Bethlehem, PA 18017-8891 |
| 5783693 | + | Whitetail Disposal Inc, 334 Layfield Rd, Perkiomenville, PA 18074-9558 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| db | + | Email/PDF: leighnflanagan@aol.com | Mar 18 2026 18:51:00 | Leigh Torres, 325 Five Springs Road, Stroudsburg, PA 18360-8175 |
| 5783685 | + | Email/PDF: bncnotices@becket-lee.com | Mar 18 2026 18:58:06 | American Express, P.O. Box 981537, El Paso, TX 79998-1537 |
| 5783697 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 18 2026 18:58:01 | Capital One Services LLC, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 5783687 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 18 2026 19:08:35 | Citibank NA, P.O. Box 8218, Mason, OH 45040-8218 |
| 5783698 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 18 2026 18:51:00 | Comenity Bank, P.O. Box 182273, Columbus, OH 43218-2273 |
| 5783682 | + | Email/Text: Bankruptcy@Freedommortgage.com | Mar 18 2026 18:51:00 | Freedom Mortgage Corporation, 951 W Yamato Road, Suite 175, Boca Raton, FL 33431-4444 |
| 5783691 | + | Email/Text: Lizann.Davis@pennmedicine.upenn.edu | Mar 18 2026 18:52:00 | Hospital of the University of Pennsylvania, 3400 Spruce St, Philadelphia, PA 19104-4238 |
| 5783686 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 18 2026 19:08:35 | Macys, P.O. Box 6789, Sioux Falls, SD 57117-6789 |
| 5783688 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 18 2026 18:51:00 | Midland Credit Management, 320 E Big Beaver Road Suite 300, Troy, MI 48083-1271 |
| 5783694 | | Email/Text: bankruptcies@penncredit.com | Mar 18 2026 18:51:00 | PennCredit Corporation, 2800 Commerce Drive, Harrisburg, PA 17110 |
| 5783695 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 18 2026 18:58:06 | Portfolio Recovery Associates LLC, P.O. Box 12914, Norfolk, VA 23541 |
| 5783699 | ^ | MEBN | Mar 18 2026 18:47:35 | PPL Electric, 645 Hamilton St.Suite 601, Allentown, PA 18101-1179 |
| 5783683 | + | Email/Text: bkrgeneric@penfed.org | Mar 18 2026 18:51:00 | PenFed Credit Union, P.O. Box 1432, Alexandria, VA 22313-1432 |
| 5783689 | + | Email/Text: cs@securitycreditservicesllc.com | Mar 18 2026 18:51:00 | Security Credit Services, 306 Enterprise Dr, Oxford, MS 38655-2762 |
| 5783692 | ^ | MEBN | | |

| | | Mar 18 2026 18:47:59 | St Lukes University Health Network, P.O. Box 604152, Charlotte, NC 28260-4152 |
|---|---|---|---|
| 5783684 | + Email/Text: TFS_Agency_Bankruptcy@toyota.com | Mar 18 2026 18:51:00 | Toyota Financial Services, P.O. Box 5855, Carol Stream, IL 60197-5855 |
| 5783690 | Email/Text: bankruptcydepartment@tsico.com | Mar 18 2026 18:52:00 | Transworld Systems Inc, 500 Virginia Dr Suite 514, Ft Washington, PA 19034-2733 |

TOTAL: 17

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 20, 2026      Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 18, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jill E. Durkin | jilldurkinesq@gmail.com  PA92@ecfcbis.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 2

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Leigh Torres,

      **Debtor 1**

Chapter     7

Case No.     5:26−bk−00517−MJC

## Notice

Notice is hereby given that:

The debtor(s) filed a Chapter 7 Bankruptcy Petition on February 26, 2026.

The debtor(s) filed a Motion to Impose the Automatic Stay in this case. A hearing on this matter has been scheduled for:

| | |
|---|---|
| **United States Bankruptcy Court Max Rosenn US Courthouse, Courtroom 2, 197 South Main Street, Wilkes−Barre, PA 18701** | **Date: 4/14/26**<br>**Time: 10:00 AM** |

Any objection/response to the Motion must be filed and served on the debtor(s) on or before **April 12, 2026**.

If an objection/response is not filed by the objecting deadline and the debtor(s) (has/have) filed an Affidavit setting forth sufficient facts to support the motion and satisfy §362(c)(3) or (c)(4), the Court may grant the motion without conducting a hearing.

If no Affidavit is filed prior to the objecting deadline, or if the Affidavit filed is insufficient to satisfy the terms of 11 U.S.C. §362(c)(3) or (c)(4), or if any objections are filed within the prescribed objecting deadline, a hearing on this matter will be held.

**Consideration of a request to extend/impose the automatic stay must be accomplished within thirty (30) days of the bankruptcy petition filing date. It is the debtor(s)'s responsibility to request expedited consideration of a motion to extend when required.**

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence)* shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Seth F. Eisenberg<br>Clerk of the Bankruptcy Court:<br>By: RyanEshelman, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: March 18, 2026 |

**asextnd (Notice of Hearing to Extend/Impose Stay) (05/18)**