United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                                Case No. 26-00517-MJC

Leigh Torres                                                          Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5                    User: AutoDocke                              Page 1 of 1

Date Rcvd: Mar 19, 2026                 Form ID: pdf010                         Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol          Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 21, 2026:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| db | + Email/PDF: leighnflanagan@aol.com | Mar 19 2026 18:46:00 | Leigh Torres, 325 Five Springs Road, Stroudsburg, PA 18360-8175 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 21, 2026                      Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 19, 2026 at the address(es) listed below:**

**Name**                    **Email Address**

Jill E. Durkin
    jilldurkinesq@gmail.com  PA92@ecfcbis.com

Matthew K. Fissel
    on behalf of Attorney KML Law Group  P.C. bkgroup@kmllawgroup.com, wbecf@brockandscott.com

Sarah S. Mattingly
    on behalf of Attorney KML Law Group  P.C. sarah.mattingly@dinsmore.com, brooke.hudson@dinsmore.com;jamie.herald@dinsmore.com

United States Trustee
    ustpregion03.ha.ecf@usdoj.gov

TOTAL: 4

## UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Case No. 5:26-bk-00517-MJC |
| | : | |
| Leigh Torres, | : | Chapter 7 |
| | : | |
| Debtor, | : | |
| | : | |

::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

| | | |
|---|---|---|
| | : | |
| Leigh Torres, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| Freedom Mortgage Corporation, | : | |
| | : | |
| Defendant. | : | |

::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

### ORDER DENYING REQUEST FOR EXPEDITED CONSIDERATION

Upon consideration of the Request for Expedited Consideration and Remote/Virtual

Hearing Pursuant to Local Rule 9075-1 (Emergency Orders), Doc. 29 ("Motion"), it is hereby

**ORDERED** that the Motion is **DENIED**.

By the Court,

Mark J. Conway, Bankruptcy Judge
Dated: March 19, 2026