United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                              Case No. 26-00517-MJC

Leigh Torres                                                        Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-5 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: Mar 26, 2026 | Form ID: pdf010 | Total Noticed: 2 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 28, 2026:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| db | + Email/PDF: leighnflanagan@aol.com | Mar 26 2026 18:55:00 | Leigh Torres, 325 Five Springs Road, Stroudsburg, PA 18360-8175 |
| aty | ^ MEBN | Mar 26 2026 18:53:19 | KML Law Group, P.C., BNY Independence Center, Suite 5000, 701 Market Street, Philadelphia, PA 19106-1541 |

TOTAL: 2

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 28, 2026        Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 26, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jill E. Durkin | jilldurkinesq@gmail.com  PA92@ecfcbis.com |
| Mario J. Hanyon | on behalf of Creditor FREEDOM MORTGAGE CORPORATION wbecf@brockandscott.com mario.hanyon@brockandscott.com |
| Matthew K. Fissel | |

on behalf of Attorney KML Law Group  P.C. bkgroup@kmllawgroup.com, wbecf@brockandscott.com

Sarah S. Mattingly

on behalf of Attorney KML Law Group  P.C. sarah.mattingly@dinsmore.com, brooke.hudson@dinsmore.com;jamie.herald@dinsmore.com

Sarah S. Mattingly

on behalf of Creditor FREEDOM MORTGAGE CORPORATION sarah.mattingly@dinsmore.com brooke.hudson@dinsmore.com;jamie.herald@dinsmore.com

United States Trustee

ustpregion03.ha.ecf@usdoj.gov

TOTAL: 6

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: | : | Case No. 5:26-bk-00517-MJC |
| | : | |
| Leigh Torres, | : | Chapter 7 |
| | : | |
| Debtor. | : | |
| | : | |

∷∷∷∷∷∷∷∷∷∷∷∷∷∷∷∷∷∷∷∷∷∷∷∷∷∷∷∷∷∷∷∷∷∷∷∷∷∷∷∷∷∷∷∷∷∷∷∷∷∷∷∷∷∷∷∷∷∷∷∷∷∷∷∷∷∷∷∷∷∷∷∷∷∷∷∷

### ORDER DENYING EMERGENCY MOTION FOR SANCTIONS

Upon consideration of the Debtor's Emergency Motion for Sanctions for Willful Violation of Automatic Stay Pursuant to 11 U.S.C. 362(k) and Fed. R. Bankr. P. 9011 filed March 2, 2026, Doc. 16 ("Motion"), and the Objection filed by KML Law Group, P.C. filed March 23, 2026, Doc. 37, and the Objection by Freedom Mortgage Corporation filed March 23, 2026, Doc. 38, and after a hearing having been held on March 26, 2026,

**AND**, as the Debtor had two (2) cases pending within the previous year that were dismissed, the stay under 11 U.S.C. §362(a) does not go into effect pursuant to 11 U.S.C. §362(c)(4); it is hereby

**ORDERED** that the Motion is Denied.

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: March 26, 2026