## UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | : | **Case No. 5:26-bk-00517-MJC** |
| | : | |
| **Leigh Torres,** | : | **Chapter 7** |
| | : | |
| **Debtor.** | : | |

::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

### ORDER

Upon review of the Debtor's papers filed in this case and finding that the Debtor has used Generative Artificial Intelligence ("AI") – for example, OpenAI's ChatGPT and Google's Gemini – and finding that Debtor has repeatedly submitted legally and/or factually incorrect information and unsupported or non-existent legal citations, it is hereby

**ORDERED** that, going forward, if Debtor uses AI in the preparation of a document in this case, she shall file with that document a Certificate of Use of Generative AI in which the Debtor must disclose and certify:

1.  The specific AI tool that was used;

2.  The portions of the filing prepared by the AI tool; and

3.   A certification that Debtor has checked the accuracy of the portions of the filing prepared by the AI tool, including all citations and legal authority.

Failure to comply with this Order may result in sanctions which may include denial of any request for relief, monetary sanctions, or any other relief as is just and proper.

By the Court,

_____

Mark J. Conway, Bankruptcy Judge
Dated: March 31, 2026