United States Bankruptcy Court

Middle District of Pennsylvania

In re:
Leigh Torres
    Debtor

Case No. 26-00517-MJC

Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0314-5            User: AutoDocke            Page 1 of 2

Date Rcvd: Mar 31, 2026            Form ID: pdf010            Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 02, 2026:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| db | + Email/PDF: leighnflanagan@aol.com | Mar 31 2026 18:43:00 | Leigh Torres, 325 Five Springs Road, Stroudsburg, PA 18360-8175 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 02, 2026            Signature:            /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 31, 2026 at the address(es) listed below:**

**Name**            **Email Address**

Jill E. Durkin

    jilldurkinesq@gmail.com  PA92@ecfcbis.com

Mario J. Hanyon

    on behalf of Creditor FREEDOM MORTGAGE CORPORATION wbecf@brockandscott.com
    mario.hanyon@brockandscott.com

Matthew K. Fissel

    on behalf of Attorney KML Law Group  P.C. bkgroup@kmllawgroup.com, wbecf@brockandscott.com

Sarah S. Mattingly

    on behalf of Attorney KML Law Group  P.C. sarah.mattingly@dinsmore.com,
    brooke.hudson@dinsmore.com;jamie.herald@dinsmore.com

Sarah S. Mattingly

on behalf of Creditor FREEDOM MORTGAGE CORPORATION sarah.mattingly@dinsmore.com
brooke.hudson@dinsmore.com;jamie.herald@dinsmore.com

United States Trustee

ustpregion03.ha.ecf@usdoj.gov

TOTAL: 6

# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In Re:                                          :      **Case No. 5:26-bk-00517-MJC**
                                                :
**Leigh Torres,**                               :      **Chapter 7**
                                                :
     **Debtor.**        :
                                                :

::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

### ORDER DENYING DEBTOR'S MOTION FOR RECONSIDERATION OF ORDER DENYING EMERGENCY MOTION FOR SANCTIONS

Upon consideration of the Debtor's Motion for Reconsideration of Order Denying Emergency Motion for Sanctions filed March 30, 2026, Doc. 63 ("Motion"),

**AND**, as the Debtor had two (2) cases pending within the previous year that were dismissed, the stay under 11 U.S.C. §362(a) does not go into effect pursuant to 11 U.S.C. §362(c)(4);

**AND**, after a hearing held on March 26, 2026 at which the Court explained to the Debtor that the stay did not go into effect, the Court entered an Order, Doc. 47, denying Debtor's Motion to Impose Sanctions as there is no stay in this case under §362(c)(4);

**AND**, at said hearing, the Court found that Debtor's papers were drafted with the assistance of Generative Artificial Intelligence ("AI") and contained misrepresentations of law and case law quotes that were either non-existent or inaccurate and the Court warned Debtor that she would be subject to sanctions if such improper legal citation continued;

**AND,** the Court is obligated to screen pro se claims and dismiss claims that are frivolous, malicious or fail to state a claim upon which relief may be granted. *McZeal v. City of Tustin*, 2024 WL 1704974, at *1 (C.D. Cal. April 19, 2024);

**AND,** upon review of the current Motion, it also appears to have been prepared using AI and contains improper citations, including a material misrepresentation that states "Section 362(c)(4)(A)(i) terminates the stay **with respect to the debtor**." Significantly, "with respect to the debtor" does not appear in §362(c)(4)(A)(i). In fact, Debtor's next sentence accurately states "If Congress meant to terminate the stay in its entirety, it would have done so in plain language as it did in §362(c)(4)(A) i."

**AND,** as the Debtor herself has stated, since she had two (2) prior cases pending in the preceding year when she filed her above-captioned third case, under §362(c)(4)(A), "Congress meant to terminate the stay in its entirety"; it is hereby

**ORDERED THAT t**he Motion is **DENIED.**[1]

By the Court,

Mark J. Conway, Bankruptcy Judge
Dated: March 31, 2026

---

[1] A separate Order shall be entered again advising Debtor that any further use of AI shall be subject to sanctions.

2