United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                          Case No. 26-00517-MJC

Leigh Torres                                                    Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5                  User: AutoDocke                  Page 1 of 2

Date Rcvd: Mar 31, 2026              Form ID: pdf010                  Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol      Definition**

+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 02, 2026:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| db | + Email/PDF: leighnflanagan@aol.com | Mar 31 2026 18:43:00 | Leigh Torres, 325 Five Springs Road, Stroudsburg, PA 18360-8175 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 02, 2026                  Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 31, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jill E. Durkin | jilldurkinesq@gmail.com  PA92@ecfcbis.com |
| Mario J. Hanyon | on behalf of Creditor FREEDOM MORTGAGE CORPORATION wbecf@brockandscott.com mario.hanyon@brockandscott.com |
| Matthew K. Fissel | on behalf of Attorney KML Law Group  P.C. bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| Sarah S. Mattingly | on behalf of Attorney KML Law Group  P.C. sarah.mattingly@dinsmore.com, brooke.hudson@dinsmore.com;jamie.herald@dinsmore.com |

District/off: 0314-5

Date Rcvd: Mar 31, 2026

User: AutoDocke

Form ID: pdf010

Page 2 of 2

Total Noticed: 1

Sarah S. Mattingly

on behalf of Creditor FREEDOM MORTGAGE CORPORATION sarah.mattingly@dinsmore.com
brooke.hudson@dinsmore.com;jamie.herald@dinsmore.com

United States Trustee

ustpregion03.ha.ecf@usdoj.gov

TOTAL: 6

# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In re:                                    :    Case No. 5:26-bk-00517-MJC
                                          :
Leigh Torres,                             :    Chapter 7
                                          :
              Debtor.                     :

::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

## ORDER

Upon review of the Debtor's papers filed in this case and finding that the Debtor has used Generative Artificial Intelligence ("AI") – for example, OpenAI's ChatGPT and Google's Gemini – and finding that Debtor has repeatedly submitted legally and/or factually incorrect information and unsupported or non-existent legal citations, it is hereby

**ORDERED** that, going forward, if Debtor uses AI in the preparation of a document in this case, she shall file with that document a Certificate of Use of Generative AI in which the Debtor must disclose and certify:

1.  The specific AI tool that was used;

2.  The portions of the filing prepared by the AI tool; and

3.  A certification that Debtor has checked the accuracy of the portions of the filing prepared by the AI tool, including all citations and legal authority.

Failure to comply with this Order may result in sanctions which may include denial of any request for relief, monetary sanctions, or any other relief as is just and proper.

By the Court,

Mark J. Conway, Bankruptcy Judge
Dated: March 31, 2026