# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
*Wilkes-Barre Division*

| | |
|---|---|
| IN RE:<br>LEIGH TORRES | Case No. 5:26-bk-00517-MJC<br>Chapter 7 |
| LEIGH TORRES,<br>    Movant | |
| vs. | |
| Freedom Mortgage Corporation,<br>    Respondent | |

**RESPONSE TO MOTION FOR JUDICIAL NOTICE OF PENDING APPEAL
TO THE PENNSYLVANIA SUPERIOR COURT
PURSUANT TO FED. R. EVID. 201 AND FED. R. BANKR. P. 9017**

Freedom Mortgage Corporation, (herein, "Respondent") by and through undersigned counsel, hereby responds to the Motion for Judicial Notice of Pending Appeal [Doc. 46] filed on March 26, 2026 and in support thereof, shows unto the Court as follows:

1. Admitted.

2. Admitted.

3. Admitted.

4. Admitted.

5. Admitted.

6. Admitted.

7. Admitted.

8. Admitted.

9. Denied. Strict proof is demanded.

10. Denied. Strict proof is demanded.

11. Denied. Strict proof is demanded.

12. Admitted.

13. Denied. Strict proof is demanded.

14. Denied. The averment of paragraph fourteen (14) is denied as a conclusion of law.

15. Denied. Strict proof is demanded.

16. Denied. Strict proof is demanded.

17. Denied. Strict proof is demanded. Respondent specifically denies thay any pending foreclosure litigation is relevant to the pleadings alleged pending before this Court.

18. Denied. Strict proof is demanded.

19. Denied. Strict proof is demanded.

20. Denied. Strict proof is demanded.

**WHEREFORE**, Respondent respectfully requests that this Honorable Court deny the Motion for Judicial Notice of Pending Appeal  and for any other relief the Court deems just and proper.

This the 10th day of April, 2026

/s/Mario Hanyon
Andrew Spivack, PA Bar No. 84439
Mario Hanyon, PA Bar No. 203993
Jay Jones, PA Bar No. 86657
Attorney for Creditor
BROCK & SCOTT, PLLC
3825 Forrestgate Drive
Winston Salem, NC 27103
Telephone: (844) 856-6646
Facsimile: (704) 369-0760
E-Mail: PABKR@brockandscott.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**
*Wilkes-Barre Division*

IN RE:
LEIGH TORRES

LEIGH TORRES,
     Movant

vs.

Freedom Mortgage Corporation,
    Respondent

Case No. 5:26-bk-00517-MJC
Chapter 7

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and exact copy of the foregoing Response to Debtor's Motion for Judicial Notice of Pending Appeal has been electronically served or mailed, postage prepaid on this day to the following:

Via Electronic Notice:


Jill E. Durkin, Bankruptcy Trustee
401 Marshbrook Road
Factoryville, PA 18419

US Courthouse, US Trustee
1501 N. 6th St
Harrisburg, PA 17102


Via First Class Mail:

LEIGH TORRES
325 FIVE SPRINGS ROAD
STROUDSBURG, PA 18360


Date: April 10, 2026

*/s/Mario Hanyon*
Andrew Spivack, PA Bar No. 84439
Mario Hanyon, PA Bar No. 203993
Jay Jones, PA Bar No. 86657
Attorney for Creditor
BROCK & SCOTT, PLLC
3825 Forrestgate Drive
Winston Salem, NC 27103
Telephone: (844) 856-6646
Facsimile: (704) 369-0760
E-Mail: PABKR@brockandscott.com