# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
*Wilkes-Barre Division*

IN RE:
LEIGH TORRES

LEIGH TORRES,

    Movant

vs.

Freedom Mortgage Corporation,
    Respondent

Case No. 5:26-bk-00517-MJC
Chapter 7

---

**RESPONSE TO DEBTOR'S NOTICE OF AUTHORITIES AND REQUEST FOR JUDICIAL NOTICE REGARDING GOOD FAITH, APPLICABILITY OF AUTOMATIC STAY, AND PROTECTION OF PROPERTY OF THE ESTATE**

Freedom Mortgage Corporation, (herein, "Respondent") by and through undersigned counsel, hereby responds to the Debtor's Notice of Authorities and Request for Judicial Notice [Doc. 48] filed on March 26, 2026 and in support thereof, shows unto the Court as follows:

1. Admitted

2. Admitted.

3. Admitted.

4. Admitted.

5. Admitted.

6. Denied. Strict proof is demanded.

7. Denied. Strict proof is demanded.

8. Denied. Strict proof is demanded.

9. Admitted. By way of further response, Respondent was not required to file

a motion pursuant to §362(c)(4)(A)(ii) before proceeding with a Sheriff Sale.

10. Admitted.

11. Denied. Strict is demanded.

12. Denied. Strict is demanded.

13. Denied. Strict is demanded.

14. Denied. Strict is demanded.

15. Denied. Strict is demanded.

16. Admitted.

17. Admitted.

18. Admitted. By way of further response, Movant has not provided clear and convincing evidence sufficient to rebut the presumption that this case was not filed in good faith.

19. Denied. Strict is demanded.

20. Denied. Strict is demanded.

21. Admitted.

22. Denied. Strict is demanded.

23. Denied. Strict is demanded.

24. Denied. Strict is demanded.

25. Denied. Strict is demanded.

26. Denied. Strict is demanded.

27. Denied. Strict is demanded.

28. Denied. Strict is demanded.

29. Denied. Strict is demanded.

30. Denied. Strict is demanded.

31. Denied. Strict is demanded.

32. Denied. Strict is demanded.

33. Denied. Strict is demanded.

34. Denied. Strict is demanded.

35. Denied. Strict is demanded.

**WHEREFORE**, Respondent respectfully requests that this Honorable Court deny the Debtor's Notice of Authorities and Request for Judicial Notice and for any other relief the Court deems just and proper.

This the 10th day of April, 2026

/s/Mario Hanyon
Andrew Spivack, PA Bar No. 84439
Mario Hanyon, PA Bar No. 203993
Jay Jones, PA Bar No. 86657
Attorney for Creditor
BROCK & SCOTT, PLLC
3825 Forrestgate Drive
Winston Salem, NC 27103
Telephone: (844) 856-6646
Facsimile: (704) 369-0760
E-Mail: PABKR@brockandscott.com

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
*Wilkes-Barre Division*

IN RE:
LEIGH TORRES

LEIGH TORRES,
     Movant

vs.

Freedom Mortgage Corporation,
     Respondent

Case No. 5:26-bk-00517-MJC
Chapter 7

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and exact copy of the foregoing Response to Debtor's Notice of Authorities and Request for Judicial Notice has been electronically served or mailed, postage prepaid on this day to the following:

Via Electronic Notice:


Jill E. Durkin, Bankruptcy Trustee
401 Marshbrook Road
Factoryville, PA 18419

US Courthouse, US Trustee
1501 N. 6th St
Harrisburg, PA 17102


Via First Class Mail:

LEIGH TORRES
325 FIVE SPRINGS ROAD
STROUDSBURG, PA 18360

Date: <u>April 10, 2026</u>

*/s/Mario Hanyon*
Andrew Spivack, PA Bar No. 84439
Mario Hanyon, PA Bar No. 203993
Jay Jones, PA Bar No. 86657
Attorney for Creditor
BROCK & SCOTT, PLLC
3825 Forrestgate Drive
Winston Salem, NC 27103
Telephone: (844) 856-6646
Facsimile: (704) 369-0760
E-Mail: PABKR@brockandscott.com