United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                   Case No. 26-00517-MJC

Leigh Torres                         Chapter 7

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5                User: AutoDocke                Page 1 of 2

Date Rcvd: Apr 15, 2026            Form ID: pdf010                 Total Noticed: 2

The following symbols are used throughout this certificate:

**Symbol        Definition**

\+                Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^                Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 17, 2026:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| db | + Email/PDF: leighnflanagan@aol.com | Apr 15 2026 18:41:00 | Leigh Torres, 325 Five Springs Road, Stroudsburg, PA 18360-8175 |
| aty | ^ MEBN | Apr 15 2026 18:37:09 | KML Law Group, P.C., BNY Independence Center, Suite 5000, 701 Market Street, Philadelphia, PA 19106-1541 |

TOTAL: 2

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 17, 2026                Signature:         /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 15, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jill E. Durkin | jilldurkinesq@gmail.com   PA92@ecfcbis.com |
| Mario J. Hanyon | on behalf of Creditor FREEDOM MORTGAGE CORPORATION wbecf@brockandscott.com mario.hanyon@brockandscott.com |
| Matthew K. Fissel | on behalf of Attorney KML Law Group  P.C. bkgroup@kmllawgroup.com, wbecf@brockandscott.com |

Sarah S. Mattingly
                  on behalf of Attorney KML Law Group  P.C. sarah.mattingly@dinsmore.com,
                  brooke.hudson@dinsmore.com;jamie.herald@dinsmore.com

Sarah S. Mattingly
                  on behalf of Creditor FREEDOM MORTGAGE CORPORATION sarah.mattingly@dinsmore.com
                  brooke.hudson@dinsmore.com;jamie.herald@dinsmore.com

United States Trustee
                  ustpregion03.ha.ecf@usdoj.gov


TOTAL: 6

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

In Re: : Case No. 5:26-bk-00517-MJC
:
Leigh Torres, : Chapter 7
:
Debtor. :
:

::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

**ORDER DENYING MOTION TO INVOKE,**
**EXTEND, AND CONTINUE AUTOMATIC STAY**

Upon consideration of the Debtor's Motion to Invoke, Extend, and Continue the

Automatic Stay filed on March 16, 2026 ("Motion"), Doc. 24, and the Objection filed Freedom

Mortgage filed on April 12, 2026, Doc. 77, and after a hearing having been held on April 14,

2026, and the Debtor having failed to appear at the hearing,

**AND** this Court having previously heard arguments by the Debtor with regard to the

applicability of the automatic stay in the instant bankruptcy case on March 26, 2026;

**AND** at the March 26, 2026 hearing the Court having found that Debtor had two (2)

cases pending within the previous year that were dismissed, the stay under 11 U.S.C. §362(a)

does not go into effect pursuant to 11 U.S.C. §362(c);

**AND** any automatic stay requested under 11 U.S.C. § 362(c)(4)(C) is not retroactive to

the date of the filing of the instant bankruptcy case;

**AND** the Debtor having failed to appear and prosecute her Motion, it is hereby

**ORDERED** that the Motion is **DENIED**.

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: April 15, 2026