| | | |
|---|---|---|
| **In the Matter of Leigh Torres** | : | No. 5:26-bk-00517 |
| Debtor | : | |
| | : | **CERTIFICATE OF USE OF** |
| **LEIGH TORRES** | : | **GENERATIVE AI** |
| *Plaintiff* | : | |
| | : | |
| vs. | : | |
| | : | |
| **FREEDOM MORTGAGE CORPORATION** | : | |
| *Defendant* | : | |

> FILED
> **May 11, 2026**
> Clerk, U.S. Bankruptcy Court
> Middle District of Pennsylvania
> Wilkes-Barre

**CERTIFICATE OF USE OF GENERATIVE ARTIFICIAL INTELLIGENCE (AI)
PURSUANT TO COURT'S ORDER DATED MARCH 31, 2026 (DOC. 31)**

**TO THE HONORABLE MARK J. CONWAY, UNITED STATES BANKRUPTCY JUDGE:**

I, Leigh Torres, Debtor appearing *pro se*, submit this Certificate in connection with the following document filed concurrently herewith (check applicable box):

☑ **Debtor's Objection to Notice of Intention to Dismiss Bankruptcy Case** (filed May 11, 2026)

**1. SPECIFIC AI TOOL USED**

The following generative artificial intelligence tool was used in the preparation of the above-referenced filing:

☑ **NOI** (Natural Language Processing & Organizational Intelligence platform – accessed between May 9 and May 11, 2026)

*Note: "NOI" is an AI-assisted legal research and drafting platform used to organize arguments, generate initial templates, and verify citation formats. No other AI tool was used.*

**2. PORTIONS OF THE FILING PREPARED BY THE AI TOOL**

The AI tool was used **only** for the following limited, non-substantive purposes:

| Purpose | Specific Application |
|---|---|
| **Legal research assistance** | Identifying procedural rules governing dismissal for failure to appear at a Section 341 meeting (Fed. R. Bankr. P. 1017, 11 U.S.C. § 343, and relevant case law standards, including *Pioneer Inv. Servs. Co. v. Brunswick Assocs.*, 507 U.S. 380 (1993) and *In re Siciliano*, 13 F.3d 748 (3d Cir. 1994)). |

Page 1 of 3

| Purpose | Specific Application |
|---|---|
| **Drafting structure and formatting** | Generating an initial document template, including caption formatting, jurisdictional statements, and standard section headings. |
| **Citation verification and formatting** | Assisting in locating correct citation formats for federal statutes, Bankruptcy Rules, and case law, and ensuring conformity with Bluebook conventions. |
| **Organization of arguments** | Helping to organize the sequence of factual allegations and legal arguments in a logical, readable manner. |

**The following specific sections of the filed document were drafted or significantly revised using AI assistance:**

- Section II (Factual Background – The Failure to Appear Was Not Willful)
- Section III (Notice of Concurrently Filed or To-Be-Filed Motions)
- Section IV (Legal Argument – subsections A, B, and C)
- Section V (Request for Relief)
- Certificate of Service

The AI tool **did not** generate any substantive legal conclusion, invent any fact, or create any citation without my independent verification.

## 3. CERTIFICATION OF ACCURACY (PENALTY OF PERJURY)

I, **Leigh Torres**, hereby certify under penalty of perjury pursuant to 28 U.S.C. § 1746 and the laws of the Commonwealth of Pennsylvania (18 Pa.C.S. § 4904) that:

1. **I have personally reviewed every portion** of the filed document, including all factual allegations and legal arguments.
2. **I have independently verified all legal citations** – including statutes, Bankruptcy Rules, Local Rules, and case citations – against the official United States Code, the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court, and the original sources of case law (via PACER, public legal databases, or the Court's own docket).
3. **I have confirmed the accuracy of all factual statements** to the best of my personal knowledge, information, and belief.
4. **I have not relied solely on the AI tool for any legal conclusion or factual assertion.** Where the AI tool suggested a legal proposition or case citation, I independently confirmed its existence, current validity, and applicability to this case. For example, I verified that *In re Siciliano*, 13 F.3d 748 (3d Cir. 1994) remains good law and stands for the proposition that actions taken in violation of the automatic stay are void ab initio.
5. **I am aware that this Court previously found errors and misrepresentations in filings prepared with AI assistance** (see Doc. 31, noting "legally and/or factually incorrect information and unsupported or non-existent legal citations"). I have taken **every reasonable step** to ensure that this filing is accurate, including cross-referencing each citation with original sources and double-checking all factual assertions against the record.

6. **No AI tool was used to generate any false, misleading, or fabricated content.** Any legal argument or factual statement in the filing is my own, based on my review of the record and applicable law.

## 4. ACKNOWLEDGMENT OF COURT'S WARNING

I acknowledge that this Court's Order dated March 31, 2026 (Doc. 31) warns that failure to comply with the AI disclosure requirement may result in sanctions, including denial of the requested relief, monetary sanctions, or other appropriate penalties. I have filed this Certificate in **good faith** and in **full compliance** with the Court's Order. I understand that future filings made without proper disclosure or with unverified AI-generated content may be rejected or sanctioned.

Respectfully submitted,



**Leigh Torres**
325 Five Springs Road, Stroudsburg, PA 18360
347-566-5877 (cell/text) or by email: LeighNFlanagan@aol.com
Date: May 11, 2026

**CERTIFICATION OF CONCURRENCE OR NON-CONCURRENCE:** Debtor hereby certifies that, prior to filing this Motion, she requested concurrence from Plaintiff's counsel, KML Law Group, P.C. and Dinsmore & Shohl LLP via email on May 11, 2026. Debtor will file counsel's written response separately when and if received.

**VERIFICATION:** I, Leigh Torres, Debtor in the above-captioned matter, hereby verify under penalty of perjury under the laws of the Commonwealth of Pennsylvania that the facts set forth in **the documents** are true and correct to the best of my **personal** knowledge, information, and belief. I understand that false statements herein are made subject to the penalties of 18 Pa.C.S.A. § 4904 relating to unsworn falsification to authorities.

**CERTIFICATION OF SERVICE:** I, Hericson Torres, and I, Leigh Torres, hereby certify that a true and correct copy of the foregoing **CERTIFICATE OF USE OF GENERATIVE AI** was served upon the following parties on May 11, 2026:

Parties:
cc: Jill Durkin, Esq. (Trustee): jilldurkinesq@gmail.com
cc: Office of The United States Trustee: ustpregion03.ha.ecf@usdoj.gov
cc: Matthew Fissel, Esq: bkgroup@kmllawgroup.com
cc: Sarah Mattingly, Esq: sarah.mattingly@dinsmore.com

Respectfully submitted,
**/s/ Leigh Torres** ("Debtor")
Date: May 11, 2026