| | | |
|---|---|---|
| **In the Matter of Leigh Torres** | : | No. 5:26-bk-00517 |
| Debtor | : | |
| | : | |
| | : | **MOTION FOR LEAVE TO** |
| **LEIGH TORRES** | : | **FILE MEDICAL DOCUMENTS** |
| *Plaintiff* | : | |
| | : | |
| vs. | : | |
| | : | |
| | : | |
| **FREEDOM MORTGAGE CORPORATION** | : | |
| *Defendant* | : | |

> FILED
> **May 12, 2026**
> Clerk, U.S. Bankruptcy Court
> Middle District of Pennsylvania
> Wilkes-Barre

**DEBTOR'S MOTION FOR LEAVE TO FILE MEDICAL DOCUMENTS UNDER SEAL
IN SUPPORT OF OBJECTION TO NOTICE OF INTENTION TO DISMISS**

**TO THE HONORABLE MARK J. CONWAY, UNITED STATES BANKRUPTCY JUDGE:**

Debtor, Leigh Torres, appearing *pro se*, respectfully moves this Court for leave to file certain highly sensitive medical records **under seal** in support of her **Objection to Notice of Intention to Dismiss Bankruptcy Case** (filed concurrently). In support thereof, Debtor states:

**I. BACKGROUND**

1. On **April 20, 2026**, the Clerk issued a **Notice of Intention to Dismiss** (BNC00020 / Doc. 20) based on Debtor's failure to appear at the Section 341 meeting of creditors.

2. Debtor has filed a contemporaneous **Objection** explaining that her non-appearance was **not willful** but was caused by severe, documented medical disabilities, including her status as a **liver transplant recipient** (transplant date: July 25, 2024), chronic neuropathy, cognitive deficits, and mental health conditions (PTSD, bipolar disorder, anxiety).

3. To substantiate her Objection, Debtor wishes to submit the following medical records (collectively, the "Medical Records"):

   o UNOS Liver Transplant Waiting List letter (Sept. 29, 2023)
   o Geisinger letter from Dr. Benyam Addissie (Oct. 4, 2023)
   o LVPG Neurology progress notes (Oct. 12, 2018)
   o MyChart Medical and Family History
   o MyChart Medications list
   o MyChart Health Issues list
   o Pennsylvania Disability Placard (No. I98604P, exp. 09/2029)
   o Medical Exemption Form (Apr. 29, 2026)
   o Letter re: No Income (May 5, 2026)

4. These records are directly relevant to whether Debtor's failure to appear was **excusable due to medical emergency and disability** – a core issue in the pending Objection.

**II. LEGAL STANDARD**

5. **Fed. R. Bankr. P. 9018** authorizes the Court to "make any order which justice requires" to protect a person from "annoyance, embarrassment, oppression, or undue burden or expense," including orders permitting the filing of documents under seal.

6. The Court has previously suggested that medical documentation may be provided **"in camera or under seal"** to address privacy concerns. *See* Docket No. 32 (Order Denying Remote Hearings without Prejudice, March 19, 2026).

7. The **Chapter 7 Trustee** requires access to these records to evaluate Debtor's explanation. The **public**, however, has no cognizable interest in Debtor's intimate medical history, including mental health diagnoses and transplant medications. Sealing is therefore appropriate.
8. Debtor is concurrently filing a separate **Motion for Leave to File Medical Documents Under Seal** (filed herewith) requesting that the Medical Records be filed under seal, accessible only to the Court and the Trustee.

## III. REQUEST FOR RELIEF

**WHEREFORE**, Debtor respectfully requests that this Court:

1. **GRANT** leave to file the Medical Records as exhibits to Debtor's Objection to Notice of Intention to Dismiss;
2. **ORDER** that said Medical Records be filed **UNDER SEAL** and remain accessible only to:

    o The Court (Judge Conway and his chambers staff);
    o The Chapter 7 Trustee, Jill E. Durkin, Esq.;
    o Any appellate court on direct review;
3. **ORDER** that any other party seeking access to the sealed Medical Records must first file a motion demonstrating **good cause**;
4. **CONSIDER** the sealed Medical Records in ruling on Debtor's Objection to the Notice of Intention to Dismiss; and
5. **GRANT** such other and further relief as the Court deems just and proper.

Respectfully submitted this 11th day of May, 2026.



**Leigh Torres**
325 Five Springs Road, Stroudsburg, PA 18360
347-566-5877 (cell/text) or by email: LeighNFlanagan@aol.com

**<u>CERTIFICATION OF CONCURRENCE OR NON-CONCURRENCE</u>:** Debtor hereby certifies that, prior to filing this Motion, she requested concurrence from Plaintiff's counsel, KML Law Group, P.C. and Dinsmore & Shohl LLP via email on May 11, 2026. Debtor will file counsel's written response separately when and if received.

**<u>VERIFICATION</u>:** I, Leigh Torres, Debtor in the above-captioned matter, hereby verify under penalty of perjury under the laws of the Commonwealth of Pennsylvania that the facts set forth in **the documents** are true and correct to the best of my **personal** knowledge, information, and belief. I understand that false statements herein are made subject to the penalties of 18 Pa.C.S.A. § 4904 relating to unsworn falsification to authorities.

**<u>CERTIFICATION OF SERVICE:</u>** I, Hericson Torres, and I, Leigh Torres, hereby certify that a true and correct copy of the foregoing **Motion** was served upon the following parties on May 11, 2026:
Parties:
cc: Jill Durkin, Esq. (Trustee): jilldurkinesq@gmail.com
cc: Office of The United States Trustee: ustpregion03.ha.ecf@usdoj.gov
cc: Matthew Fissel, Esq: bkgroup@kmllawgroup.com
cc: Sarah Mattingly, Esq: sarah.mattingly@dinsmore.com

## NOTICE REGARDING EXHIBITS

The Medical Records referenced in this motion are **not attached hereto**. Instead, said records have been attached as sealed exhibits to the concurrently filed **Debtor's Motion for Leave to File Medical Documents Under Seal**. On May 11, 2026, the sealed motion and exhibits were transmitted to Deputy Clerk Ryan Eshelman for filing under seal and for instruction regarding restricted public access in accordance with Fed. R. Bankr. P. 9018 and this Court's Order dated March 19, 2026 (Doc. 32). The Chapter 7 Trustee and the Court may access the sealed exhibits via the restricted filing or by contacting the Clerk's office.

## EXHIBITS REQUESTED TO BE FILED UNDER SEAL

1. Exhibit A. Letter – Benyam Addisie on 10-4-2023
2. Exhibit B. Letter – Manet Byfield Office Visit Notes on 10-12-2018
3. Exhibit C. Medical Exemption Form Completed on 4-29-2026
4. Exhibit D. MyChart by PennMedicine – Health Issues
5. Exhibit E. MyChart by PennMedicine – Medical and Family History
6. Exhibit F. MyChart by PennMedicine – Medications
7. Exhibit G. PA Disability ID Card and Placard

Respectfully submitted,
**/s/ Leigh Torres** ("Debtor")
Date: May 11, 2026

Case 5:26-bk-00517-MJC    Doc 99    Filed 05/12/26    Entered 05/12/26 08:46:18    Desc
Main Document      Page 3 of 4

<u>**CERTIFICATE OF USE OF GENERATIVE ARTIFICIAL INTELLIGENCE (AI)**</u>
Pursuant to this Court's Order dated March 31, 2026 (Doc. 31 / BNC00013)

I, Leigh Torres, Debtor appearing *pro se*, hereby file this Certificate in connection with the foregoing **Debtor's Motion for Leave to File Medical Documents in Support of Objection to Notice of Intention to Dismiss**.

**1. Specific AI Tool Used**
The following generative AI tool was used in the preparation of this motion:

☑ **NOI** (Natural Language Processing & Organizational Intelligence platform – accessed May 10-11, 2026)

**2. Portions of the Motion Prepared by the AI Tool**
The AI tool was used for the following limited purposes:

- Legal research: Identifying Fed. R. Bankr. P. 9018 and local sealing procedures.
- Drafting structure: Generating caption, headings, and basic formatting.
- Citation formatting: Assisting with proper citation forms.
- Organization: Structuring the background and request sections.

**The following specific sections were drafted or significantly revised with AI assistance:**

- Section I (Background)
- Section II (Legal Standard)
- Section III (Request for Relief)
- This Certificate of Use of Generative AI

**3. Certification of Accuracy (Penalty of Perjury)**
I certify under penalty of perjury pursuant to 28 U.S.C. § 1746 and 18 Pa.C.S. § 4904 that:

- I have **personally reviewed** every portion of this motion.
- I have **independently verified** all legal citations against the official rules and case law.
- I have confirmed that **all factual statements** are true and correct to the best of my personal knowledge.
- I have **not relied solely** on the AI tool for any legal conclusion or factual assertion.
- I am aware of this Court's prior order regarding AI errors (Doc. 31) and have taken all reasonable steps to ensure accuracy.

**4. Acknowledgment of Court's Warning**
I acknowledge that failure to comply with the AI disclosure order may result in sanctions. This Certificate is filed in good faith.

Dated: May 11, 2026
**/s/ Leigh Torres**
**Leigh Torres**, Debtor, Pro Se