RECEIVED
**May 13, 2026**
Clerk, U.S. Bankruptcy Court
Middle District of Pennsylvania
Wilkes-Barre

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | No. 5:26-bk-00517-MJC |
| | : | |
| Leigh Torres, | : | Chapter 7 |
| | : | |
| Debtor | : | NOTICE OF FILING |
| | : | |

### NOTICE OF FILING

**TO THE HONORABLE MARK J. CONWAY, UNITED STATES BANKRUPTCY JUDGE:**

Please take notice that Debtor, Leigh Torres, appearing *pro se*, hereby files the attached **Proposed Order** in compliance with this Court's Order dated May 12, 2026 (Docket No. 103).

The Court's Order stated:
*"The Second Motion to Reconsider Order Denying Waiver of Chapter 7 Filing Fee filed at docket entry #102 did not include a proper proposed order. If a proper proposed order is not filed by May 17, 2026, the Second Motion to Reconsider Order Denying Waiver of Chapter 7 Filing Fee will be denied without further notice."*

Debtor now submits the attached **Proposed Order Granting Debtor's Second Motion for Reconsideration of Order Denying Waiver of Chapter 7 Filing Fee (Doc. No. 102)** for the Court's consideration and entry.

Debtor respectfully requests that the Clerk of Court attach this Proposed Order to the pending Motion at Docket No. 102.

Respectfully submitted this 13th day of May, 2026.



**Leigh Torres**
325 Five Springs Road, Stroudsburg, PA 18360
347-566-5877 (cell/text) or by email: LeighNFlanagan@aol.com

**Certification of Service:** I, Leigh Torres, hereby certify that a true and correct copy of the foregoing **Notice of Filing & Proposed Order** were served upon the following parties on May 13, 2026:

Parties:
cc: Jill Durkin, Esq. (Trustee): jilldurkinesq@gmail.com
cc: Office of The United States Trustee: ustpregion03.ha.ecf@usdoj.gov
cc: Matthew Fissel, Esq: bkgroup@kmllawgroup.com
cc: Sarah Mattingly, Esq: sarah.mattingly@dinsmore.com

Respectfully submitted,
/s/ **Leigh Torres** ("Debtor")
Date: May 13, 2026

| | | |
|---|---|---|
| **In Re:** | : | No. 5:26-bk-00517-MJC |
| | : | |
| **Leigh Torres,** | : | **Chapter 7** |
| | : | |
| Debtor | : | **PROPOSED ORDER** |
| | : | |

**PROPOSED ORDER GRANTING DEBTOR'S SECOND MOTION FOR**
**RECONSIDERATION OF ORDER DENYING WAIVER OF CHAPTER 7 FILING FEE**
**(DOC. NO. 102)**

**AND NOW, this \_\_\_\_ day of _____, 2026,** upon consideration of the **Debtor's Second Motion for Reconsideration of Order Denying Waiver of Chapter 7 Filing Fee** (Docket No. 102), the record in this case, and any responses filed thereto, and for good cause shown, it is hereby **ORDERED** that:

1. The Debtor's Second Motion for Reconsideration (Doc. 102) is **GRANTED**.
2. The Court's prior Orders denying the Application to Waive the Chapter 7 Filing Fee (Docket Nos. 10, 43, and 54) are hereby **VACATED**.
3. The Debtor's Application to Waive the Chapter 7 Filing Fee (Docket No. 4) is **GRANTED**, effective **nunc pro tunc** to the petition date of February 26, 2026.
4. The Debtor is not required to pay the Chapter 7 filing fee of $338.00 in this case.
5. The Debtor's bankruptcy case shall proceed without prepayment of the filing fee.

**By the Court,**

_____
**Mark J. Conway, Bankruptcy Judge**
**Dated: _____**