**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In Re:** | : | No. 5:26-bk-00517-MJC |
| | : | |
| **Leigh Torres,** | : | Chapter 7 |
| | : | |
| Debtor | : | NOTICE OF FILING |
| | : | |

**NOTICE OF FILING**

**TO THE HONORABLE MARK J. CONWAY, UNITED STATES BANKRUPTCY JUDGE:**

Please take notice that Debtor, Leigh Torres, appearing *pro se*, hereby files the attached **Proposed Order** in compliance with this Court's Order dated May 12, 2026 (Docket No. 100).

The Court's Order stated:

*"The Motion for Leave to File Medical Documents Under Seal in Support of Objection to Notice of Intention to Dismiss filed at docket entry #99 did not include a proper proposed order. If a proper proposed order is not filed by May 17, 2026, the Motion for Leave to File Medical Documents Under Seal in Support of Objection to Notice of Intention to Dismiss will be denied without further notice."*

Debtor now submits the attached **Proposed Order Granting Debtor's Motion for Leave to File Medical Documents Under Seal in Support of Objection to Notice of Intention to Dismiss (Doc. No. 99)** for the Court's consideration and entry.

Debtor respectfully requests that the Clerk of Court attach this Proposed Order to the pending Motion at Docket No. 99.

Respectfully submitted this 13th day of May, 2026.

RECEIVED
**May 13, 2026**
Clerk, U.S. Bankruptcy Court
Middle District of Pennsylvania
Wilkes-Barre

*Lnt*

**Leigh Torres**
325 Five Springs Road, Stroudsburg, PA 18360
347-566-5877 (cell/text) or by email: LeighNFlanagan@aol.com

**Certification of Service:** I, Leigh Torres, hereby certify that a true and correct copy of the foregoing **Notice of Filing & Proposed Order** were served upon the following parties on May 13, 2026:

Parties:
cc: Jill Durkin, Esq. (Trustee): jilldurkinesq@gmail.com
cc: Office of The United States Trustee: ustpregion03.ha.ecf@usdoj.gov
cc: Matthew Fissel, Esq: bkgroup@kmllawgroup.com
cc: Sarah Mattingly, Esq: sarah.mattingly@dinsmore.com

Respectfully submitted,
**/s/ Leigh Torres** ("Debtor")
Date: May 13, 2026

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: | : | No. 5:26-bk-00517-MJC |
| | : | |
| Leigh Torres, | : | Chapter 7 |
| | : | |
| Debtor | : | PROPOSED ORDER |
| | : | |

**PROPOSED ORDER GRANTING DEBTOR'S MOTION FOR LEAVE TO FILE MEDICAL DOCUMENTS UNDER SEAL IN SUPPORT OF OBJECTION TO NOTICE OF INTENTION TO DISMISS (DOC. NO. 99)**

**AND NOW, this** _____ **day of** _____, **2026,** upon consideration of the **Debtor's Motion for Leave to File Medical Documents Under Seal in Support of Objection to Notice of Intention to Dismiss** (Docket No. 99), and for good cause shown, it is hereby **ORDERED** that:

1. The Debtor's Motion (Doc. 99) is **GRANTED**.

2. The Medical Records listed below, which have been transmitted to the Clerk of Court for filing under seal (Doc. 101), shall remain **FILED UNDER SEAL** and shall not be made available to the public through CM/ECF or otherwise:

   o   Exhibit A: Letter from Dr. Addissie, MD (October 4, 2023)

   o   Exhibit B: Neurology Progress Notes – Dr. Byfield, CRNP (October 12, 2018)

   o   Exhibit C: Medical Exemption Form (April 29, 2026)

   o   Exhibit D: MyChart by PennMedicine – Health Issues

   o   Exhibit E: MyChart by PennMedicine – Medical and Family History

   o   Exhibit F: MyChart by PennMedicine – Medications

   o   Exhibit G: Pennsylvania Disability ID/Placard

3. Access to the sealed Medical Records shall be restricted to the following persons and entities only:

   o   The Honorable Mark J. Conway and his chambers staff;

   o   The Chapter 7 Trustee, Jill E. Durkin, Esq.;

   o   Any appellate court on direct review of this case; and

   o   Any party who obtains a subsequent court order upon a showing of good cause.

4. The Chapter 7 Trustee may review the sealed Medical Records and may disclose their contents to other parties only if specifically ordered by this Court or if such disclosure is necessary to fulfill her statutory duties under 11 U.S.C. § 704, provided that any such disclosure shall be limited to the minimum necessary and shall be accompanied by a protective order prohibiting further dissemination.

5. The Clerk of Court is directed to maintain the Medical Records (Doc. 101) under seal and to restrict public access accordingly.

6. The Court shall consider the sealed Medical Records in ruling on the Debtor's Objection to the Notice of Intention to Dismiss (Doc. 95) and any related matters.

**By the Court,**

_____

**Mark J. Conway, Bankruptcy Judge**

**Dated:** _____