United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 26-00517-MJC |
| Leigh Torres | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-5 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: May 12, 2026 | Form ID: ortext | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol          Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 14, 2026:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| db | + Email/PDF: leighnflanagan@aol.com | May 12 2026 18:39:00 | Leigh Torres, 325 Five Springs Road, Stroudsburg, PA 18360-8175 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 14, 2026          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 12, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jill E. Durkin | jilldurkinesq@gmail.com  PA92@ecfcbis.com |
| Mario J. Hanyon | on behalf of Creditor FREEDOM MORTGAGE CORPORATION wbecf@brockandscott.com mario.hanyon@brockandscott.com |
| Matthew K. Fissel | on behalf of Attorney KML Law Group  P.C. bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| Sarah S. Mattingly | on behalf of Creditor FREEDOM MORTGAGE CORPORATION sarah.mattingly@dinsmore.com brooke.hudson@dinsmore.com;jamie.herald@dinsmore.com |
| Sarah S. Mattingly | |

District/off: 0314-5

Date Rcvd: May 12, 2026

User: AutoDocke

Form ID: ortext

Page 2 of 2

Total Noticed: 1

on behalf of Attorney KML Law Group  P.C. sarah.mattingly@dinsmore.com, brooke.hudson@dinsmore.com;jamie.herald@dinsmore.com

United States Trustee

ustpregion03.ha.ecf@usdoj.gov

TOTAL: 6

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Leigh Torres

Chapter: 7

**Debtor 1**

Case number: 5:26−bk−00517−MJC

## ORDER

The Second Motion to Reconsider Order Denying Expedited Consideration and Remote/Virtual Hearing filed at docket entry #104 did not include a proper proposed order. If a proper proposed order is not filed by May 17, 2026, the Second Motion to Reconsider Order Denying Expedited Consideration and Remote/Virtual Hearing will be denied without further notice. IT IS SO ORDERED on 5/12/2026. /s/Mark J. Conway (RE: related document(s)104). (Eshelman, Ryan)

Order Text Entries (Form ortext) (2/19)