**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

FILED
**May 19, 2026**
Clerk, U.S. Bankruptcy Court
Middle District of Pennsylvania
Wilkes-Barre

**In re:
LEIGH TORRES,
Debtor.**

**Case No. 5:26-bk-00517-MJC
Chapter 7**

**RENEWED MOTION TO SET BAR DATE FOR FILING PROOFS OF CLAIM AND
REQUEST FOR NOTICE TO CREDITORS PURSUANT TO 11 U.S.C. § 501 AND FED. R.
BANKR. P. 3002(c)(5)**

TO THE HONORABLE MARK J. CONWAY, UNITED STATES BANKRUPTCY JUDGE:

Debtor, Leigh Torres, appearing pro se, respectfully moves this Court for the entry of an order setting a bar date for the filing of proofs of claim and directing the Clerk to provide notice to all creditors of the deadline to file proofs of claim. In support thereof, Debtor states as follows:

I. JURISDICTION AND VENUE

1. This Court has jurisdiction under 28 U.S.C. §§ 157 and 1334. This is a core proceeding under 28 U.S.C. § 157(b)(2)(B) (allowance or disallowance of claims against the estate).
2. Venue is proper in this District pursuant to 28 U.S.C. § 1408(1).

II. FACTUAL BACKGROUND

3. Debtor filed her voluntary Chapter 7 petition on February 26, 2026, at 9:40 a.m. The case was assigned Case No. 5:26-bk-00517-MJC.
4. The Chapter 7 Trustee, Jill Durkin, Esq., has not yet filed a Notice of Assets & Request for Notice to Creditors indicating that assets are available for distribution.
5. As a result, no formal "claims bar date" has been established in this case, and no "Notice to File Claims" has been sent to creditors.
6. Under Fed. R. Bankr. P. 3002(c)(5), if the trustee notifies the court that payment of a dividend appears possible, the clerk must give at least 90 days' notice to creditors of the date by which proofs of claim must be filed.
7. The Debtor has claimed the real property located at 325 Five Springs Road, Stroudsburg, PA 18360 as exempt under 11 U.S.C. § 522(d)(1). No party has objected to the claimed exemption, making the exemption final under 11 U.S.C. § 522(l) and *Taylor v. Freeland & Kronz*, 503 U.S. 638, 643-44 (1992).
8. Nevertheless, the Debtor is willing to cooperate with a bankruptcy-monitored sale of the property to pay any legitimate debts, subject to the Court's determination that such a sale is necessary.
9. To facilitate the orderly administration of the estate and to provide all creditors, including Freedom Mortgage Corporation, with clear notice of the deadline to file proofs of claim, the Debtor respectfully requests that the Court establish a bar date.

III. LEGAL STANDARD

10. 11 U.S.C. § 501(a) provides: "A creditor or an indenture trustee may file a proof of claim". This section is permissive — it does not *require* a creditor to file a proof of claim.
11. Fed. R. Bankr. P. 3002(c)(5) provides: "If notice of insufficient assets to pay a dividend was given to creditors under Rule 2002(e), and subsequently the trustee notifies the court that

payment of a dividend appears possible, the clerk shall give at least 90 days' notice by mail to creditors of that fact and of the date by which proofs of claim must be filed".

12. This Court has the authority, for cause shown, to fix a bar date for the filing of proofs of claim to ensure the orderly administration of the estate.

13. Once a bar date is fixed, creditors who fail to file a timely proof of claim are barred from participating in any distribution from the estate.

14. A secured creditor's failure to file a timely proof of claim does not render its lien void (Fed. R. Bankr. P. 3002(a)), but the claim is not "allowed" and the creditor may not receive a distribution under a confirmed plan.

## IV. REQUEST FOR RELIEF

**WHEREFORE**, Debtor Leigh Torres respectfully requests that this Court:

1. Enter an order establishing a bar date of 90 days after the date of entry of the order for all creditors, including Freedom Mortgage Corporation, to file proofs of claim in this Chapter 7 case;

2. Direct the Clerk of Court to provide notice of the bar date to all creditors listed in the Debtor's schedules, including Freedom Mortgage Corporation, KML Law Group, P.C., and any other party in interest;

3. Direct the Chapter 7 Trustee, Jill Durkin, Esq., to file a Notice of Assets & Request for Notice to Creditors indicating that assets may be available for distribution, thereby triggering the notice provisions of Fed. R. Bankr. P. 3002(c)(5); and

4. Grant such other and further relief as is just and proper.

Respectfully submitted this 18th day of May, 2026.

/**s**/ Leigh Torres
Leigh Torres, Debtor pro se
325 Five Springs Road, Stroudsburg, PA 18360
leighnflanagan@aol.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

**In re:**
**LEIGH TORRES,**
**Debtor.**

**Case No. 5:26-bk-00517-MJC**
**Chapter 7**

## CERTIFICATE OF USE OF GENERATIVE ARTIFICIAL INTELLIGENCE (AI)

Pursuant to this Court's Order dated March 31, 2026 (Doc. 31 / BNC00013)

I, Leigh Torres, Debtor appearing pro se, certify as follows:

- 1. AI Tool Used: NOI (Natural Language Processing & Organizational Intelligence platform) – accessed May 18, 2026.
- 2. Purpose: Legal research assistance, citation verification, drafting structure, and organizing arguments. No AI-generated content was used without independent verification.
- 3. Certification of Accuracy (Penalty of Perjury): I have personally reviewed every portion of this filing. I have independently verified all legal citations against official sources. All factual statements are true and correct to the best of my personal knowledge.
- 4. Court's Warning Acknowledged: This Certificate is filed in good faith.

**/s/** Leigh Torres | Dated: May 18, 2026

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

**In re:
LEIGH TORRES,
Debtor.**

**Case No. 5:26-bk-00517-MJC
Chapter 7**

## PROPOSED ORDER SETTING BAR DATE FOR FILING PROOFS OF CLAIM

AND NOW, this \_\_\_\_ day of _____, 2026, upon consideration of Debtor's Renewed Motion to Set Bar Date for Filing Proofs of Claim, and for good cause shown, it is hereby ORDERED that:

1. The Chapter 7 Trustee shall file a Notice of Assets & Request for Notice to Creditors within fourteen (14) days of the date of this Order.
2. The Clerk of Court shall provide notice of the claims bar date to all creditors listed in the Debtor's schedules, including but not limited to Freedom Mortgage Corporation, KML Law Group, P.C., and any other party in interest.
3. The bar date for all creditors, including secured creditors, to file proofs of claim in this Chapter 7 case is set as 90 days after the date the Clerk provides notice to creditors pursuant to Fed. R. Bankr. P. 3002(c)(5).
4. Any creditor who fails to file a timely proof of claim by the bar date shall be barred from participating in any distribution from the estate.
5. The failure of a secured creditor to file a timely proof of claim does not render its lien void under 11 U.S.C. § 506(d), but the claim shall not be "allowed" under 11 U.S.C. § 502(a).

By the Court,

**Mark J. Conway, Bankruptcy Judge
Dated:** _____

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

**In re:**
**LEIGH TORRES,**
**Debtor.**

**Case No. 5:26-bk-00517-MJC**
**Chapter 7**


**<u>VERIFICATION</u>**

I, Leigh Torres, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 and 18 Pa.C.S. § 4904 that the facts set forth in the foregoing Motion are true and correct to the best of my personal knowledge, information, and belief. I understand that false statements herein are made subject to the penalties of 18 U.S.C. § 152 (bankruptcy fraud) and 18 U.S.C. § 1621 (perjury).

**/s/** Leigh Torres
Dated: May 18, 2026

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

**In re:
LEIGH TORRES,
Debtor.**

**Case No. 5:26-bk-00517-MJC
Chapter 7**

## CERTIFICATION OF SERVICE

I, Leigh Torres, hereby certify that a true and correct copy of the foregoing Notice of Filing, Proposed Order, Renewed Motion to Impose Automatic Stay, Exhibits List and Certificate of Use of Generative A.I. were served upon the following parties on May 18, 2026, by email:

- Jill Durkin, Esq. (Chapter 7 Trustee) – jilldurkinesq@gmail.com
- Office of the United States Trustee – ustpregion03.ha.ecf@usdoj.gov
- Matthew Fissel, Esq. (KML Law Group, P.C.) – bkgroup@kmllawgroup.com
- Sarah Mattingly, Esq. (Dinsmore & Shohl LLP) – sarah.mattingly@dinsmore.com

**/s/** Leigh Torres | Dated: May 18, 2026

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

**In re:**
**LEIGH TORRES,**
**Debtor.**

**Case No. 5:26-bk-00517-MJC**
**Chapter 7**


## CERTIFICATION OF REQUEST FOR CONCURRENCE

Debtor hereby certifies that, prior to filing this Motion, she requested concurrence from Plaintiff's counsel, KML Law Group, P.C., and Dinsmore & Shohl LLP, via email on May 18, 2026. Debtor was unable to obtain concurrence. Counsel's written response will be filed separately if and when received.

/s/ Leigh Torres | Dated: May 18, 2026

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

**In re:**
**LEIGH TORRES,**
**Debtor.**

**Case No. 5:26-bk-00517-MJC**
**Chapter 7**

**NOTICE OF FILING**

TO THE HONORABLE MARK J. CONWAY, UNITED STATES BANKRUPTCY JUDGE:

Please take notice that Debtor, Leigh Torres, appearing pro se, hereby files the following documents in support of her request to establish a claims bar date and to notify creditors of the deadline to file proofs of claim:

1.  Motion to Set Bar Date for Filing Proofs of Claim and Request for Notice to Creditors
2.  Proposed Order Setting Bar Date for Filing Proofs of Claim

Respectfully submitted this 18th day of May, 2026.

/s/ Leigh Torres
Leigh Torres, Debtor pro se
325 Five Springs Road, Stroudsburg, PA 18360
leighnflanagan@aol.com

CERTIFICATION OF SERVICE (Notice of Filing): I certify that a true and correct copy of the foregoing Notice of Filing, Motion to Set Bar Date, and Proposed Order were served on May 18, 2026, by email, on the parties listed in the Certificate of Service incorporated into the Motion. **/s/** Leigh Torres

Case 5:26-bk-00517-MJC    Doc 125    Filed 05/19/26    Entered 05/19/26 08:01:17    Desc
Main Document      Page 8 of 8