In re:                                                                                        Case No. 26-00517-MJC

Leigh Torres                                                                              Chapter 7

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5                     User: AutoDocke                     Page 1 of 2

Date Rcvd: May 19, 2026             Form ID: nthrgreq                     Total Noticed: 2

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 21, 2026:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- |
| db | + Email/PDF: leighnflanagan@aol.com | May 19 2026 18:51:00 | Leigh Torres, 325 Five Springs Road, Stroudsburg, PA 18360-8175 |
| aty | ^ MEBN | May 19 2026 18:47:04 | KML Law Group, P.C., BNY Independence Center, Suite 5000, 701 Market Street, Philadelphia, PA 19106-1541 |

TOTAL: 2

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 21, 2026                   Signature:           /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 19, 2026 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Jill E. Durkin | jilldurkinesq@gmail.com  PA92@ecfcbis.com |
| Mario J. Hanyon | on behalf of Creditor FREEDOM MORTGAGE CORPORATION wbecf@brockandscott.com mario.hanyon@brockandscott.com |
| Matthew K. Fissel | on behalf of Attorney KML Law Group  P.C. bkgroup@kmllawgroup.com, wbecf@brockandscott.com |

District/off: 0314-5

Date Rcvd: May 19, 2026

User: AutoDocke

Form ID: nthrgreq

Page 2 of 2

Total Noticed: 2

Sarah S. Mattingly

on behalf of Attorney KML Law Group  P.C. sarah.mattingly@dinsmore.com,
brooke.hudson@dinsmore.com;jamie.herald@dinsmore.com

Sarah S. Mattingly

on behalf of Creditor FREEDOM MORTGAGE CORPORATION sarah.mattingly@dinsmore.com
brooke.hudson@dinsmore.com;jamie.herald@dinsmore.com

United States Trustee

ustpregion03.ha.ecf@usdoj.gov

TOTAL: 6

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Leigh Torres

**Debtor 1**

Chapter: 7

Case number: 5:26−bk−00517−MJC

Document Number: 123

Matter: Renewed Motion to Impose Automatic Stay

Leigh Torres
**Movant(s)**

vs.

Freedom Mortgage Corporation
**Respondent(s)**

## Notice

Notice is hereby given that:

This Bankruptcy Petition was filed on February 26, 2026.

A hearing on the above referenced matter has been scheduled for:

| | |
|---|---|
| **United States Bankruptcy Court Max Rosenn US Courthouse, Courtroom 2, 197 South Main Street, Wilkes−Barre, PA 18701** | **Date: 6/16/26** <br> **Time: 10:00 AM** |

Any objection/response to the above referenced matter must be filed and served on or before **June 9, 2026**.

Any objection/response filed will be heard at the above scheduled hearing.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence)* shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:** <br> Max Rosenn U.S. Courthouse <br> 197 South Main Street <br> Wilkes−Barre, PA 18701 <br> (570) 831−2500 | **For the Court:** <br> Seth F. Eisenberg <br> Clerk of the Bankruptcy Court: <br> By: RyanEshelman, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: May 19, 2026 |

nthrgreq(02/19)