UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In Re: )
)
LEIGH TORRES, )
) Case No. 26-00517-MJC
Debtor )
) Chapter 7
) Judge Mark J. Conway
)
)

---

**ENTRY OF APPEARANCE & ELECTRONIC SERVICE**

---

**To the Clerk of this Court and all parties of record:**

**PLEASE TAKE NOTICE** that Stephen R. Franks of Dinsmore & Shohl, LLP hereby

enters his appearance as counsel on behalf of Defendant, Freedom Mortgage Corporation, in the

above captioned proceeding and requests that all notices given or required to be given in this case,

including but not limited to all orders and notices of any application, motion, petition, pleading,

request, complaint or demand, whether written or oral, and whether transmitted or conveyed by

mail, electronic mail, ECF notice, hand delivery, telephone, telefax, telegraph, telex or otherwise,

affecting Freedom Mortgage Corporation, be served upon:

Stephen R. Franks, Attorney
Dinsmore & Shohl LLP
1001 Lakeside Ave., Suite 990
Cleveland, Ohio 44114
Telephone: (216) 478-3684
Fax: (216) 413-3839
E-mail: stephen.franks@dinsmore.com

1

Please take further notice that this Entry of Appearance is not intended as nor is it a consent to jurisdiction of the U.S. Bankruptcy Court, Middle District of Pennsylvania over Freedom Mortgage Corporation, specifically but not limited to any other rights, claims, actions, defenses, setoffs, or recoupments to which Freedom Mortgage Corporation is or may be entitled to under agreement, in law or equity, all of which rights, claims, actions, defenses, setoffs and recoupments it expressly reserves.

I certify that I am admitted to practice before this Court.

This 28th day of May, 2026.

Respectfully submitted,

/s/ Stephen R. Franks
Stephen R. Franks, Esq. (PA Bar #333394)
Dinsmore & Shohl, LLP
1001 Lakeside Ave., Suite 990
Cleveland, Ohio 44114
Phone: (216) 413-3838
Fax: (216) 413-3839
E-mail: stephen.franks@dinsmore.com
*Counsel for Freedom Mortgage Corporation*

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing Notice of Appearance and Request for Service was served by U.S. First Class Mail or by electronic means upon all parties of record receiving notice via the Court's ECF PACER system on May 28, 2026.

*Leigh Torres*
*325 Five Springs Road*
*Stroudsburg, PA 18360*
*Leighflanagan@aol.com*

/s/ Stephen R. Franks
*Counsel for Freedom Mortgage Corporation*

3