United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                                          Case No. 26-00517-MJC

Leigh Torres                                                                     Chapter 7

　　Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5                              User: AutoDocke                              Page 1 of 2

Date Rcvd: May 28, 2026                        Form ID: pdf010                              Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol　　　Definition**

+　　　　Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 30, 2026:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| db | + Email/PDF: leighnflanagan@aol.com | May 28 2026 18:43:00 | Leigh Torres, 325 Five Springs Road, Stroudsburg, PA 18360-8175 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 30, 2026                              Signature:              /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 28, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jill E. Durkin | jilldurkinesq@gmail.com  PA92@ecfcbis.com |
| Mario J. Hanyon | on behalf of Creditor FREEDOM MORTGAGE CORPORATION wbecf@brockandscott.com mario.hanyon@brockandscott.com |
| Matthew K. Fissel | on behalf of Attorney KML Law Group  P.C. bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| Sarah S. Mattingly | on behalf of Creditor FREEDOM MORTGAGE CORPORATION sarah.mattingly@dinsmore.com brooke.hudson@dinsmore.com;jamie.herald@dinsmore.com |
| Sarah S. Mattingly | |

on behalf of Attorney KML Law Group  P.C. sarah.mattingly@dinsmore.com,
brooke.hudson@dinsmore.com;jamie.herald@dinsmore.com

United States Trustee

ustpregion03.ha.ecf@usdoj.gov

TOTAL: 6

| | | |
|---|---|---|
| In Re: | : | **Case No. 5:26-bk-00517-MJC** |
| | : | |
| **Leigh Torres,** | : | **Chapter 7** |
| | : | |
| Debtor, | : | |
| | : | |

::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

**ORDER DENYING DEBTOR'S RENEWED MOTION TO SET BAR DATE FOR
FILING OF PROOFS OF CLAIM AND REQUEST FOR NOTICE TO CREDITOR'S
PURSUANT TO 11 U.S.C. §501 AND Fed R. BANKR. P. 3002(c)(5)**

Upon consideration of Debtor's Renewed Motion to Set Bar Date for Filing Proofs of

Claim and Request for Notice to Creditors Pursuant to 11 U.S.C. §501 and Fed. R. Bankr. P.

3002(c)(5) filed May 19, 2026 ("Motion"), Doc. 125,

**AND** the Motion does not allege just cause for issuing a bar date;

**AND** the Chapter 7 Trustee has not held a 341 and a Notice of Intent to Dismiss, Doc. 90,

is pending as of this date, and

**AND** a Clerk's Notice that Assets May Be Available to Pay a Dividend and the

accompanying ninety (90) day extension for timely filed proof of claims is only required where:

> (A) a notice of insufficient assets to pay a dividend had been
> given under Rule 2002(e); ***and***
> (B) the trustee later notifies the court that a dividend appears
> possible.

Rule 3002(c)(5)(emphasis added).;

**AND** the Chapter 7 Trustee, as of this date, has not issued a notice of assets or dividend

under Fed. R. Bankr. P.  3002(c)(5);

**AND** the Chapter 7 Trustee has not notified the Court that a dividend appears possible

based upon a 341 meeting and review of the schedules; it is hereby

**ORDERED** that the Motion is **DENIED**.

By the Court,

Mark J. Conway, Bankruptcy Judge
Dated: May 27, 2026