United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 26-00517-MJC |
| Leigh Torres | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-5 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: Jun 01, 2026 | Form ID: pdf010 | Total Noticed: 2 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 03, 2026:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| db | + Email/PDF: leighnflanagan@aol.com | Jun 01 2026 18:51:00 | Leigh Torres, 325 Five Springs Road, Stroudsburg, PA 18360-8175 |
| aty | ^ MEBN | Jun 01 2026 18:46:09 | KML Law Group, P.C., BNY Independence Center, Suite 5000, 701 Market Street, Philadelphia, PA 19106-1541 |

TOTAL: 2

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 03, 2026          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 1, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jill E. Durkin | jilldurkinesq@gmail.com  PA92@ecfcbis.com |
| Mario J. Hanyon | on behalf of Creditor FREEDOM MORTGAGE CORPORATION wbecf@brockandscott.com mario.hanyon@brockandscott.com |
| Matthew K. Fissel | on behalf of Attorney KML Law Group  P.C. bkgroup@kmllawgroup.com, wbecf@brockandscott.com |

Sarah S. Mattingly

on behalf of Creditor FREEDOM MORTGAGE CORPORATION sarah.mattingly@dinsmore.com brooke.hudson@dinsmore.com;jamie.herald@dinsmore.com

Sarah S. Mattingly

on behalf of Attorney KML Law Group  P.C. sarah.mattingly@dinsmore.com, brooke.hudson@dinsmore.com;jamie.herald@dinsmore.com

Stephen Franks

on behalf of Creditor FREEDOM MORTGAGE CORPORATION stephen.franks@dinsmore.com

United States Trustee

ustpregion03.ha.ecf@usdoj.gov


TOTAL: 7

# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| | : | |
| Leigh Torres, | : | Case No. 5:26-bk-00517-MJC |
| | : | |
| Debtor. | : | |

::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

### INTERIM ORDER GRANTING MOTION FOR REMOTE/VIRTUAL HEARINGS PURSUANT TO 11 U.S.C. § 105(a) FED. R. CIV. P. 43(a), FED R. BANKR. P. 9017, LOCAL RULE 9074-1, AND THE AMERICANS WITH DISABILITIES ACT (42 U.S.C. 12132)

Upon consideration of the Debtor's Motion for Remote/Virtual Hearings Pursuant to 11 U.S.C. § 105(a), Fed. R. Civ. P. 43(a), Fed. R. Bankr. P. 9017, Local Rule 9074-1, and the Americans with Disabilities Act (42 U.S.C. 12132) ("Motion"), Doc. 104, and there being no objections to the Motion; it is hereby

**ORDERED** that the Motion is **GRANTED** on a limited basis as further proscribed in this Order; it is further

**ORDERED** that the Debtor may appear remotely **at the hearings scheduled for June 4, 2026**, inclusive of the following hearings:

1. Trustee's Notice of Intent to Dismiss ("Notice"), Doc. 90, and the Objection by the Debtor and Freedom Mortgage to the Notice, Docs. 95, 98.

2. Debtor's Second Motion to Reconsider Order Denying Waiver of Chapter 7 Filing Fee, Doc. 102.

3. Debtor's Formal Request for Reasonable Accommodations Under the ADA (42 U.S.C. 12132); it is further

**ORDERED**, that a final hearing on the Motion with regard to eligibility for future remote appearances shall be heard on June 4, 2026; and it further

**ORDERED**, that the Debtor shall comply with the Remote Appearance procedures on

the Court's website at http://www.pamb.uscourts.gov/remoteappearance-guide.[1]

By the Court,

Mark J. Conway, Bankruptcy Judge
Dated: June 1, 2026

---

[1] Debtor is reminded that any evidentiary hearing shall be conducted in person unless a prior Order of this Court is entered providing for remote appearance.