United States Bankruptcy Court

Middle District of Pennsylvania

In re:

Leigh Torres

     Debtor

Case No. 26-00517-MJC

Chapter 7

# CERTIFICATE OF NOTICE

| District/off: 0314-5 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: Jun 05, 2026 | Form ID: pdf010 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 07, 2026:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| db | + Email/PDF: leighnflanagan@aol.com | Jun 05 2026 18:47:00 | Leigh Torres, 325 Five Springs Road, Stroudsburg, PA 18360-8175 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 07, 2026     Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 5, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jill E. Durkin | jilldurkinesq@gmail.com  PA92@ecfcbis.com |
| Mario J. Hanyon | on behalf of Creditor FREEDOM MORTGAGE CORPORATION wbecf@brockandscott.com mario.hanyon@brockandscott.com |
| Matthew K. Fissel | on behalf of Attorney KML Law Group  P.C. bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| Sarah S. Mattingly | on behalf of Creditor FREEDOM MORTGAGE CORPORATION sarah.mattingly@dinsmore.com brooke.hudson@dinsmore.com;jamie.herald@dinsmore.com |
| Sarah S. Mattingly | |

on behalf of Attorney KML Law Group  P.C. sarah.mattingly@dinsmore.com, brooke.hudson@dinsmore.com;jamie.herald@dinsmore.com

Stephen Franks

on behalf of Creditor FREEDOM MORTGAGE CORPORATION stephen.franks@dinsmore.com

United States Trustee

ustpregion03.ha.ecf@usdoj.gov

TOTAL: 7

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | **Chapter 7** |
| | : | |
| **Leigh Torres,** | : | **Case No. 5:26-bk-00517-MJC** |
| | : | |
| **Debtor.** | : | |

::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

**ORDER GRANTING MOTION FOR REMOTE/VIRTUAL**
**HEARINGS PURSUANT TO 11 U.S.C. § 105(a) FED. R. CIV. P. 43(a),**
**FED R. BANKR. P. 9017, LOCAL RULE 9074-1, AND THE AMERICANS WITH**
**DISABILITIES ACT (42 U.S.C. 12132) ON A LIMITED BASIS**

Upon consideration of the Debtor's Motion for Remote/Virtual Hearings Pursuant to 11 U.S.C. § 105(a), Fed. R. Civ. P. 43(a), Fed. R. Bankr. P. 9017, Local Rule 9074-1, and the Americans with Disabilities Act (42 U.S.C. 12132) ("Motion"), Doc. 104, and Debtor's Formal Request for Reasonable Accommodations Under the ADA (42 U.S.C. 12132), Doc. 106, and there being no objections to the Motion, and a hearing having been held on June 4, 2026, and for the reasons set forth on the record, it is hereby

**ORDERED** that the Motion is **GRANTED** on a limited basis as further proscribed in this Order; it is further

**ORDERED** that the Debtor may appear remotely at future bankruptcy hearings after first filing a request seeking remote appearance and obtaining a Court Order approving same; it is further

**ORDERED** that Debtor shall **NOT** be permitted to appear remotely at hearings that are evidentiary in nature, unless otherwise ordered by this Court;[1] and it is further

---

[1] Debtor is advised to review Local Bankr. R. 9074-1(b) regarding procedures for remote appearances and witness testimony.

**ORDERED**, that the Debtor shall comply with the Remote Appearance procedures on

the Court's website at https://www.pamb.uscourts.gov/remote-appearance-guide

By the Court,

Mark J. Conway, Bankruptcy Judge
Dated: June 4, 2026