# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
*Wilkes-Barre Division*

IN RE:
Leigh Torres

LEIGH TORRES,
    Movant

vs.

Freedom Mortgage Corporation,
    Respondent

Case No. 5:26-bk-00517-MJC
Chapter 7

## RESPONSE TO RENEWED MOTION TO IMPOSE AUTOMATIC STAY

Freedom Mortgage Corporation, (herein, "Respondent") by and through undersigned counsel, hereby responds to the Renewed Motion to Impose Automatic Stay [Doc. 123] filed on May 18, 2026 and in support thereof, shows unto the Court as follows:

1-4.    Admitted.

5-48.    Denied as conclusions of law. Strict proof is demanded. By way of further response, the Debtor's collateral for the mortgage held by Respondent, located at 325 Five Springs Rd Stroudsburg, Pennsylvania 18360, was sold at Sheriff Sale on February 26, 2026. Accordingly, Debtor has no basis to cure any arears owed and Respondent is now the equitable owner of the Property.

**WHEREFORE**, Respondent respectfully requests that this Honorable Court deny the Renewed Motion to Impose Automatic Stay and for any other relief the Court deems

just and proper.

This the 9th day of June, 2026

*/s/Mario Hanyon*
Andrew Spivack, PA Bar No. 84439
Mario Hanyon, PA Bar No. 203993
Jay Jones, PA Bar No. 86657
Attorney for Creditor
BROCK & SCOTT, PLLC
3825 Forrestgate Drive
Winston Salem, NC 27103
Telephone: (844) 856-6646
Facsimile: (704) 369-0760
E-Mail: PABKR@brockandscott.com

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
### *Wilkes-Barre Division*

| | |
|---|---|
| IN RE: | |
| Leigh Torres | Case No. 5:26-bk-00517-MJC |
| | Chapter 7 |
| Freedom Mortgage Corporation, | |
|     Movant | |
| | |
| vs. | |
| | |
| Leigh Torres , | |
|     Debtor | |
| Jill E. Durkin | |
|     Respondent | |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and exact copy of the foregoing Response to Debtor's Renewed Motion to Impose Automatic Stay has been electronically served or mailed, postage prepaid on this day to the following:

Via Electronic Notice:


Jill E. Durkin, Bankruptcy Trustee
401 Marshbrook Road
Factoryville, PA 18419

US Courthouse, US Trustee
1501 N. 6th St
Harrisburg, PA 17102


Via First Class Mail:

Leigh Torres
325 Five Springs Road

Stroudsburg, PA 18360

Date: <u>June 9, 2026</u>

<i>/s/Mario Hanyon</i>
Andrew Spivack, PA Bar No. 84439
Mario Hanyon, PA Bar No. 203993
Jay Jones, PA Bar No. 86657
Attorney for Creditor
BROCK & SCOTT, PLLC
3825 Forrestgate Drive
Winston Salem, NC 27103
Telephone: (844) 856-6646
Facsimile: (704) 369-0760
E-Mail: PABKR@brockandscott.com
