**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**
In re:

LEIGH TORRES,
Debtor.
Case No. 5:26-bk-00517-MJC
Chapter 7
**Honorable Mark J. Conway**

FILED
**June 15, 2026**
Clerk, U.S. Bankruptcy Court
Middle District of Pennsylvania
Wilkes-Barre

**NOTICE OF SCHEDULING CONFLICT AND REQUEST TO RESCHEDULE HEARING**

**PLEASE TAKE NOTICE** that the following hearings are currently scheduled for **June 16, 2026**:

- **341 Meeting of Creditors** – 9:45 AM
- **Hearing on Motion to Impose Automatic Stay** – 10:00 AM

The two hearings are separated by only **15 minutes**. The debtor has **filed a Motion to Appear Remotely** (dated June 14, 2026) for the stay hearing. However, the debtor respectfully states that attending both hearings back-to-back with no meaningful break presents a substantial difficulty, given the unpredictable length of the 341 Meeting and the debtor's need for a brief rest between proceedings.

**WHEREFORE**, the debtor respectfully requests that the **Motion to Impose Automatic Stay hearing be rescheduled to a later time on the same day, June 16, 2026**, preferably not immediately consecutive to the 341 Meeting. A start time of **12:00 PM or later** would allow the debtor to complete the 341 Meeting, take a short break, and then appear (remotely, if permitted) for the stay hearing.

The debtor **does not seek to continue the stay hearing to a different day** – only to a later hour on June 16, 2026. The debtor will appear for the 341 Meeting as scheduled and remains ready to proceed with both hearings on the same date, provided there is reasonable time between them.

Respectfully submitted this 14th day of June, 2026.

**/s/ Leigh Torres**
Leigh Torres, Debtor pro se
325 Five Springs Road, Stroudsburg, PA 18360
(347) 566-5877 (cell/text)
leighnflanagan@aol.com