**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

In re:
LEIGH TORRES,
Debtor.

Case No. 5:26-bk-00517-MJC
Chapter 7
Honorable Mark J. Conway

FILED
**June 15, 2026**
Clerk, U.S. Bankruptcy Court
Middle District of Pennsylvania
Wilkes-Barre

**REQUEST FOR ENTRY OF ORDER GRANTING RENEWED MOTION TO IMPOSE AUTOMATIC STAY**

TO THE HONORABLE MARK J. CONWAY, UNITED STATES BANKRUPTCY JUDGE:

Debtor, Leigh Torres, appearing *pro se*, respectfully requests that the Court **enter the attached Proposed Order** granting her **Renewed Motion to Impose Automatic Stay** (filed May 18, 2026, Doc. 123-124) **without further hearing**, and **impose the automatic stay nunc pro tunc to February 26, 2026** (the petition date).

In support, Debtor states as follows:

1. On May 18, 2026, Debtor filed her Renewed Motion to Impose Automatic Stay under 11 U.S.C. § 362(c)(4)(B) and Fed. R. Bankr. P. 9024 (Doc. 123-124).
2. On May 19, 2026, the Court issued a Notice of Hearing (Doc. 126) scheduling the motion for **June 16, 2026 at 10:00 a.m.**, and ordering that **any objection/response must be filed and served on or before June 9, 2026**.
3. As of today, **June 15, 2026**, **no party has filed any objection or response** to the Renewed Motion. The deadline has passed.
4. Under **Local Bankruptcy Rule 9014-1(b)(2)**: *"If a response is required but none is filed, the court may, without hearing, grant the relief requested in the motion."*
5. Because no objection or response was filed, the Court may grant the relief requested **immediately**, without waiting for the June 16 hearing.
6. The relief requested in the Renewed Motion includes:
   o Vacating the Court's prior Orders of April 15, 2026 (Docs. 82, 83, 84, 85) under Fed. R. Civ. P. 60(b)(2) and (6);
   o Imposing the automatic stay under 11 U.S.C. § 362(c)(4)(B) **nunc pro tunc to February 26, 2026** (the petition date);
   o Declaring the February 26, 2026 sheriff's sale of 325 Five Springs Road void ab initio; and
   o Directing the Monroe County Sheriff to cancel any deed or record of that sale.
7. The **Proposed Order** that accompanied the Renewed Motion (and is attached again here) reflects that relief.

**WHEREFORE**, Debtor respectfully requests that the Court:

- **ENTER** the attached Proposed Order granting the Renewed Motion to Impose Automatic Stay;
- **IMPOSE** the automatic stay nunc pro tunc to February 26, 2026; and
- **DECLARE** the February 26, 2026 sheriff's sale void ab initio, without need for a hearing on June 16, 2026.

Respectfully submitted this 15th day of June, 2026.

**/s/ Leigh Torres**
Leigh Torres, Debtor pro se
325 Five Springs Road, Stroudsburg, PA 18360
(347) 566-5877
leighnflanagan@aol.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

In re:
LEIGH TORRES,
Debtor.

Case No. 5:26-bk-00517-MJC
Chapter 7
Honorable Mark J. Conway

**ORDER GRANTING RENEWED MOTION TO IMPOSE AUTOMATIC STAY**

**AND NOW**, this _____ day of _____, 2026, upon consideration of Debtor's Renewed Motion to Impose Automatic Stay (filed May 18, 2026), and no objection or response having been filed by the deadline of June 9, 2026, and for good cause shown under Local Rule 9014-1(b)(2), it is hereby **ORDERED** that:

1. The Court's prior Orders of April 15, 2026 (Docket Nos. 82, 83, 84, 85) are hereby **VACATED** pursuant to Fed. R. Civ. P. 60(b)(2) and (6), made applicable by Fed. R. Bankr. P. 9024.

2. The automatic stay under 11 U.S.C. § 362(a) is hereby **IMPOSED** pursuant to 11 U.S.C. § 362(c)(4)(B), effective **nunc pro tunc to February 26, 2026** (the petition date).

3. The February 26, 2026 sheriff's sale of the real property located at 325 Five Springs Road, Stroudsburg, PA 18360 is hereby **DECLARED VOID AB INITIO**.

4. The Monroe County Sheriff's Office is hereby **DIRECTED** to cancel any deed, certificate of sale, or other record of that sheriff's sale.

**BY THE COURT:**

**Mark J. Conway**
United States Bankruptcy Judge
Dated: _____

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

In re:
LEIGH TORRES,
Debtor.

Case No. 5:26-bk-00517-MJC
Chapter 7
Honorable Mark J. Conway

## CERTIFICATION OF REQUEST FOR CONCURRENCE

Debtor hereby certifies that, prior to filing this Motion, she requested concurrence from Plaintiff's counsel via email on June 15, 2026. Debtor was unable to obtain concurrence. Counsel's written response will be filed separately if and when received.

**/s/ Leigh Torres** | Dated: June 15, 2026

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

In re:
LEIGH TORRES,
Debtor.

Case No. 5:26-bk-00517-MJC
Chapter 7
Honorable Mark J. Conway

**CERTIFICATE OF USE OF GENERATIVE ARTIFICIAL INTELLIGENCE (AI)**

Pursuant to the Court's March 31, 2026 Order (Doc. 31), I certify that no generative AI was used in the preparation of this Request beyond spell-check and formatting assistance. All legal citations and factual statements have been personally verified.

**/s/ Leigh Torres**
Dated: June 15, 2026

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

In re:
LEIGH TORRES,
Debtor.

Case No. 5:26-bk-00517-MJC
Chapter 7
Honorable Mark J. Conway

## **VERIFICATION**

I, Leigh Torres, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 and 18 Pa.C.S. § 4904 that the facts set forth in the foregoing Motion are true and correct to the best of my personal knowledge, information, and belief. I understand that false statements herein are made subject to the penalties of 18 U.S.C. § 152 (bankruptcy fraud) and 18 U.S.C. § 1621 (perjury).

**/s/ Leigh Torres**
Dated: June 15, 2026

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

In re:
LEIGH TORRES,
Debtor.

Case No. 5:26-bk-00517-MJC
Chapter 7
Honorable Mark J. Conway

## CERTIFICATION OF SERVICE

I, Leigh Torres, hereby certify that a true and correct copy of the foregoing Motion, Proposed Order, and all accompanying certifications were served on June 15, 2026, by email, on the following parties:

- Jill Durkin, Esq. (Chapter 7 Trustee) – jilldurkinesq@gmail.com
- Matthew Fissel, Esq. (KML Law Group, P.C.) – bkgroup@kmllawgroup.com
- Sarah Mattingly, Esq. (Dinsmore & Shohl LLP) – sarah.mattingly@dinsmore.com

**/s/ Leigh Torres**
Dated: June 15, 2026