**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

FILED (EDSS)
**July 6, 2026**
Clerk, U.S. Bankruptcy Court
Middle District of Pennsylvania
Wilkes-Barre

In re:                                    Case No. 5:26-bk-00517-MJC

LEIGH TORRES,                             Chapter 7

Debtor.                                   Honorable Mark J. Conway

**MOTION TO PROCEED IN FORMA PAUPERIS ON APPEAL**

**TO THE HONORABLE MARK J. CONWAY, UNITED STATES BANKRUPTCY JUDGE:**

Appellants, Leigh Torres and Hericson Torres, respectfully move this Court for leave to proceed on appeal **in forma pauperis** (without prepayment of fees) pursuant to **28 U.S.C. § 1915(a)** and **28 U.S.C. § 1930(f)(1)**.

**In support thereof, Appellants state:**

1. Appellants have filed a Joint Notice of Appeal from the Order Denying Renewed Motion to Impose Automatic Stay entered on June 18, 2026.
2. The filing fee for a bankruptcy appeal is **$298.00**.
3. Appellants are unable to pay the $298.00 filing fee.
4. **Leigh Torres** has no income in 2026. Her personal income in 2025 was $1,000 (less than 5% of the federal poverty level). She has no assets, savings, or source of income.
5. On **April 8, 2026**, the United States District Court for the Middle District of Pennsylvania granted Leigh Torres **in forma pauperis status** in Civil Action No. 3:26-CV-00859, conclusively establishing her indigency.
6. **Hericson Torres** has been unemployed since approximately July 2025 and has no income. He has no assets, savings, or source of income.
7. The household income for the Torres family has been **zero** since approximately July 2025.
8. Appellants are unable to pay the filing fee and have no means to obtain the funds.
9. This appeal is taken in good faith and raises substantial legal questions, including:

   o   Whether the Bankruptcy Court erred in failing to apply the exclusivity provision of 11 U.S.C. § 362(c)(4)(D)(i)(II);
   o   Whether the Bankruptcy Court erred in holding that the motion was untimely despite the timely filing of the First Motion on March 16, 2026;
   o   Whether the Bankruptcy Court erred in holding that retroactive relief is absolutely prohibited under § 362(c)(4)(C);
   o   Whether the Bankruptcy Court erred in failing to address the totality of circumstances and changed circumstances;
   o   Whether the Bankruptcy Court erred in failing to address Freedom Mortgage's lack of standing and unclean hands; and
   o   Whether the underlying state court judgment is void for lack of standing.

**WHEREFORE**, Appellants respectfully request that this Court:

1. **GRANT** Appellants leave to proceed **in forma pauperis** on appeal;
2. **WAIVE** the $298.00 filing fee for the appeal; and
3. **DIRECT** the Clerk to accept the Joint Notice of Appeal for filing without prepayment of fees.

Respectfully submitted this 2nd day of July, 2026.

**/s/ Leigh Torres**
Leigh Torres, Debtor pro se
325 Five Springs Road, Stroudsburg, PA 18360
(347) 566-5877
leighnflanagan@aol.com

**/s/ Hericson Torres**
Hericson Torres
325 Five Springs Road, Stroudsburg, PA 18360
(347) 921-0430
hericson@me.com