FILED (EDSS)
**July 17, 2026**
Clerk, U.S. Bankruptcy Court
Middle District of Pennsylvania
Wilkes-Barre

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

In re:

LEIGH TORRES,

Debtor.

LEIGH TORRES and

HERICSON TORRES,

Appellants,

v.

FREEDOM MORTGAGE CORPORATION,

Appellee.

Civil Action No. 3:26-cv-01888-JFS

On Appeal from the United States

Bankruptcy Court for the

Middle District of Pennsylvania

Case No. 5:26-bk-00517-MJC

Chapter 7

Honorable Mark J. Conway

**APPELLANT'S DESIGNATION OF RECORD ON APPEAL PURSUANT TO FED. R.
BANKR. P. 8009(a)(1)**

Pursuant to Federal Rule of Bankruptcy Procedure 8009(a)(1)(A), Appellants Leigh Torres and
Hericson Torres hereby designate the following items to be included in the record on appeal from
the Bankruptcy Court's Order Denying Renewed Motion to Impose Automatic Stay entered on June
18, 2026 (BNC00040):

**I. THE ORDER BEING APPEALED**

| Doc. No. | Date | Description |
|---|---|---|
| BNC00040 | 6/18/2026 | ORDER DENYING RENEWED MOTION TO IMPOSE AUTOMATIC STAY (THE ORDER BEING APPEALED) |

## II. ALL ORDERS OF THE BANKRUPTCY COURT

Appellants request that **all orders** entered in this bankruptcy case be included in the record on appeal, including but not limited to the following specific orders:

| Date | Description |
|---|---|
| 2/27/2026 | Order Denying Application to Waive Chapter 7 Filing Fee |
| 3/19/2026 | Order Denying Expedited Disposition |
| 3/19/2026 | Order Denying Remote/Virtual Hearings |
| 3/26/2026 | Order Denying Motion for Reconsideration of Fee Waiver |
| 3/26/2026 | Order Denying Motion for Reconsideration of Remote/Virtual Appearance |
| 3/26/2026 | Order Denying Emergency Motion for Sanctions |
| 3/27/2026 | Order Rescheduling Hearing (originally set for April 14, 2026) |
| 3/31/2026 | Order Denying Motion for Reconsideration of Order Denying Motion for Sanctions |
| 4/15/2026 | Order Denying Motion to Invoke, Extend and Continue Automatic Stay |
| 4/15/2026 | Order Denying Motion for Judicial Notice of Pending Appeal |
| 4/15/2026 | Order Denying Notice of Authorities and Request for Judicial Notice Regarding Good Faith |
| 4/15/2026 | Order Denying Debtor's Request for an Evidentiary Hearing on Good Faith |
| 5/5/2026 | Order Denying Motion to Reconsider Motion to Impose Sanctions |
| 6/18/2026 | Order Denying Renewed Motion to Impose Automatic Stay (BNC00040) |

## III. PLEADINGS, MOTIONS, AND RELATED DOCUMENTS

| Doc. No. | Date | Description |
|---|---|---|
| 1 | 2/26/2026 | Voluntary Petition for Individuals Filing for Bankruptcy (Chapter 7) |
| 123 | 5/18/2026 | Renewed Motion to Impose Automatic Stay |
| 124 | 5/18/2026 | Declaration in Support of Renewed Motion to Impose Automatic Stay |

Case 5:26-bk-00517-MJC   Doc 170   Filed 07/17/26   Entered 07/17/26 11:22:25   Desc
Main Document   Page 2 of 4

| Doc. No. | Date | Description |
|---|---|---|
| 149 | 6/9/2026 | Objection to Debtor's Motion to Impose Automatic Stay (filed by Mario Hanyon, Brock & Scott, PLLC, on behalf of Freedom Mortgage Corporation) |
| 151 | 6/14/2026 | Motion for Judicial Notice on Automatic Stay |
| N/A | 6/15/2026 | Request for Entry of Order for Renewed Motion to Impose Automatic Stay |

## IV. EXHIBITS

All exhibits attached to the following documents:

- Renewed Motion to Impose Automatic Stay (Doc. 123)
- Declaration in Support of Renewed Motion (Doc. 124)
- Judicial Notice in Support of Renewed Motion (Doc. 151)

Including but not limited to:

- Exhibit A: Divorce Docket (*Torres v. Torres*, Monroe County No. 005565-CV-2025)
- Exhibit B: District Court IFP Order (April 8, 2026, Case No. 3:26-CV-00859)
- Exhibit C: Plaintiff's Exhibit C (Promissory Note — endorsed to PrimeLending)
- Exhibit D: Freddie Mac Borrower Notification (October 26, 2016)
- Exhibit E: Pennsylvania Notary Search (Sean Wilson — commission revoked)
- Exhibit F: Proof of Service of Bankruptcy Notice (9:51 AM, 10:02 AM emails)
- Exhibit G: McKeever Email (10:36 AM — "no bankruptcy stay is in place")
- Exhibit H: Notice of Appeal to Pennsylvania Superior Court (Docket No. 634 EDA 2026)
- Sealed Medical Records (Doc. 101)

## V. TRANSCRIPTS

Appellants request that the following transcripts be included in the record on appeal:

| Hearing Date | Docket Reference | Matter |
|---|---|---|
| March 26, 2026 | Doc. 47 (BNC00006) | Hearing on Emergency Motion for Sanctions |
| April 14, 2026 | Doc. 82 (BNC00016) | Hearing on Motion to Invoke, Extend and Continue Automatic Stay |

Case 5:26-bk-00517-MJC   Doc 170   Filed 07/17/26   Entered 07/17/26 11:22:25   Desc
Main Document     Page 3 of 4

| Hearing Date | Docket Reference | Matter |
|---|---|---|
| June 16, 2026 | BNC00040 | Hearing on Renewed Motion to Impose Automatic Stay (THE ORDER BEING APPEALED) |

## IV. CERTIFICATION

I certify that the foregoing Designation of Record includes all items necessary for the District Court to review the issues raised on appeal.

**/s/ Leigh Torres**
Leigh Torres, Debtor pro se
325 Five Springs Road, Stroudsburg, PA 18360
(347) 566-5877
leighnflanagan@aol.com

**/s/ Hericson Torres**
Hericson Torres
325 Five Springs Road, Stroudsburg, PA 18360
(347) 921-0430
hericson@me.com

Dated: July 16, 2026

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing Statement of Issues on Appeal was served on July 16, 2026, by email, on the following parties:

- Jill Durkin, Esq. (Chapter 7 Trustee) — jilldurkinesq@gmail.com
- Matthew Fissel, Esq. (KML Law Group, P.C.) — bkgroup@kmllawgroup.com
- Stephen Franks, Esq. (Dinsmore & Shohl LLP) — stephen.franks@dinsmore.com
- Mario Hanyon, Esq. (Brock & Scott PLLC) – mario.hanyon@brockandscott.com
- Office of the United States Trustee — ustpregion03.ha.ecf@usdoj.gov

**/s/ Leigh Torres**
Leigh Torres

Case 5:26-bk-00517-MJC   Doc 170   Filed 07/17/26   Entered 07/17/26 11:22:25   Desc
Main Document      Page 4 of 4