United States Bankruptcy Court

Middle District of Pennsylvania

In re:

Leigh Torres

    Debtor

Case No. 26-00517-MJC

Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: AutoDocke      Page 1 of 2

Date Rcvd: Jul 21, 2026      Form ID: pdf010      Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 23, 2026:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| db | + Email/PDF: leighnflanagan@aol.com | Jul 21 2026 18:45:00 | Leigh Torres, 325 Five Springs Road, Stroudsburg, PA 18360-8175 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 23, 2026      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 21, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jill E. Durkin | jilldurkinesq@gmail.com  PA92@ecfcbis.com |
| Mario J. Hanyon | on behalf of Creditor FREEDOM MORTGAGE CORPORATION wbecf@brockandscott.com mario.hanyon@brockandscott.com |
| Matthew K. Fissel | on behalf of Attorney KML Law Group  P.C. bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| Sarah S. Mattingly | on behalf of Creditor FREEDOM MORTGAGE CORPORATION sarah.mattingly@dinsmore.com brooke.hudson@dinsmore.com;jamie.herald@dinsmore.com |
| Sarah S. Mattingly | |

District/off: 0314-5        User: AutoDocke        Page 2 of 2

Date Rcvd: Jul 21, 2026        Form ID: pdf010        Total Noticed: 1

on behalf of Attorney KML Law Group  P.C. sarah.mattingly@dinsmore.com, brooke.hudson@dinsmore.com;jamie.herald@dinsmore.com

Stephen Franks

on behalf of Creditor FREEDOM MORTGAGE CORPORATION stephen.franks@dinsmore.com

United States Trustee

ustpregion03.ha.ecf@usdoj.gov

TOTAL: 7

Case 5:26-bk-00517-MJC    Doc 177    Filed 07/23/26    Entered 07/24/26 00:32:14    Desc
Imaged Certificate of Notice    Page 2 of 4

**UNITED STATES BANKRUPTCY COURT**
**<u>FOR THE MIDDLE DISTRICT OF PENNSYLVANIA</u>**

| | | |
|---|---|---|
| **In re:** | : | **Chapter 7** |
| | : | |
| **Leigh Torres,** | : | **Case No. 5:26-bk-00517–MJC** |
| | : | |
| | : | |
| **Debtor.** | : | |
| | : | |

::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

**ORDER TO SHOW CAUSE**
**<u>WHY MOTION SHOULD NOT BE DENIED</u>**

**AND NOW**, the Court having reviewed Debtor's Motion to Proceed In Forma Pauperis

("Motion"), Doc. 164, in the above-captioned case;

**AND** the Motion having been filed by "Appellants", Leigh Torres and Hericson Torres;

**AND** Hericson Torres having not been a party to the underlying bankruptcy case or in the

matter subject to the appeal filed by the Debtor;

**AND** there being no joint or consolidated appeal filed per Fed. R. Bankr. P. 8003(b);

**AND** "the Supreme Court and our Court have long recognized, as a general matter, that

'*only parties to a lawsuit, or those that properly become parties*, may appeal an adverse

judgment.'" *United States v. Stoerr*, 695 F.3d 271, 276 (3d Cir. 2012) (*quoting Marino v. Ortiz*,

484 U.S. 301, 304, 108 S.Ct. 586, 98 L.Ed.2d 629 (1988) (citations omitted)(emphasis added);[1]

---

[1] *See also Karcher v. May,* 484 U.S. 72, 77, 108 S.Ct. 388, 98 L.Ed.2d 327 (1987) ("[W]e have consistently applied the general rule that one who is not a party or has not been treated as a party to a judgment has no right to appeal therefrom.") (citations omitted); *In re Leaf Tobacco Bd. of Trade,* 222 U.S. 578, 581, 32 S.Ct. 833, 56 L.Ed. 323 (1911) ("One who is not a party to a record and judgment is not entitled to appeal therefrom.") (citations omitted); *IPSCO Steel (Ala.), Inc.,* 371 F.3d at 153 ("Ordinarily, only parties of record before the district court have standing to appeal.") (citing *Caplan v. Fellheimer Eichen Braverman & Kaskey,* 68 F.3d 828, 836 (3d Cir.1995)).

**AND** it appearing that Hericson Torres lacks standing to raise any issues on appeal as he was not a party to the underlying bankruptcy case or subject to the orders entered therein, it is hereby

**ORDERED**, that Debtor **SHALL APPEAR** at a hearing scheduled for **Tuesday, August 25, 2026 at 11:00 a.m.** in the United States Bankruptcy Court for the Middle District of Pennsylvania, Max Rosenn U.S. Courthouse, Courtroom 2, 197 South Main Street, Wilkes-Barre, Pennsylvania 18701, and **SHOW CAUSE** why the Motion should not be denied .

By the Court,

Mark J. Conway, Bankruptcy Judge
Dated: July 21, 2026

2