United States Bankruptcy Court
Middle District of Pennsylvania

In re:
Leigh Torres
Debtor

Case No. 26-00517-MJC
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0314-5 | User: AutoDocke | Page 1 of 2
Date Rcvd: Aug 07, 2026 | Form ID: ntnoshow | Total Noticed: 22

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 09, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| 5783701 | | GEM Financial Services, 21 W. 47th St., Suite 500, New York, NY 10036-2825 |
| 5783700 | | GEM Financial Services, 8413 5th Ave, Brooklyn, NY 11209-4709 |
| 5783696 | + | Homestar RX and Infusion Services, 77 S. Commerce Way Suite 200, Bethlehem, PA 18017-8891 |
| 5783693 | + | Whitetail Disposal Inc, 334 Layfield Rd, Perkiomenville, PA 18074-9558 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| db | + | Email/PDF: leighnflanagan@aol.com | Aug 07 2026 18:47:00 | Leigh Torres, 325 Five Springs Road, Stroudsburg, PA 18360-8175 |
| aty | ^ | MEBN | Aug 07 2026 18:42:11 | KML Law Group, P.C., BNY Independence Center, Suite 5000, 701 Market Street, Philadelphia, PA 19106-1541 |
| 5783685 | + | Email/PDF: bncnotices@becket-lee.com | Aug 07 2026 18:49:07 | American Express, P.O. Box 981537, El Paso, TX 79998-1537 |
| 5783697 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 07 2026 18:49:07 | Capital One Services LLC, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 5783687 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 07 2026 18:49:10 | Citibank NA, P.O. Box 8218, Mason, OH 45040-8218 |
| 5783698 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 07 2026 18:47:00 | Comenity Bank, P.O. Box 182273, Columbus, OH 43218-2273 |
| 5783682 | + | Email/Text: Bankruptcy@Freedommortgage.com | Aug 07 2026 18:47:00 | Freedom Mortgage Corporation, 951 W Yamato Road, Suite 175, Boca Raton, FL 33431-4444 |
| 5783691 | + | Email/Text: Lizann.Davis@pennmedicine.upenn.edu | Aug 07 2026 18:47:00 | Hospital of the University of Pennsylvania, 3400 Spruce St, Philadelphia, PA 19104-4238 |
| 5783686 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 07 2026 18:49:10 | Macys, P.O. Box 6789, Sioux Falls, SD 57117-6789 |
| 5783688 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 07 2026 18:47:00 | Midland Credit Management, 320 E Big Beaver Road Suite 300, Troy, MI 48083-1271 |
| 5783694 | | Email/Text: bankruptcies@penncredit.com | Aug 07 2026 18:47:00 | PennCredit Corporation, 2800 Commerce Drive, Harrisburg, PA 17110 |
| 5783695 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 07 2026 18:48:57 | Portfolio Recovery Associates LLC, P.O. Box 12914, Norfolk, VA 23541 |
| 5783699 | ^ | MEBN | Aug 07 2026 18:42:14 | PPL Electric, 645 Hamilton St.Suite 601, Allentown, PA 18101-1179 |
| 5783683 | + | Email/Text: bkrgeneric@penfed.org | Aug 07 2026 18:47:00 | PenFed Credit Union, P.O. Box 1432, Alexandria, VA 22313-1432 |

| | | | | |
|---|---|---|---|---|
| 5783689 | + | Email/Text: cs@securitycreditservicesllc.com | Aug 07 2026 18:47:00 | Security Credit Services, 306 Enterprise Dr, Oxford, MS 38655-2762 |
| 5783692 | ^ | MEBN | Aug 07 2026 18:42:28 | St Lukes University Health Network, P.O. Box 604152, Charlotte, NC 28260-4152 |
| 5783684 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Aug 07 2026 18:47:00 | Toyota Financial Services, P.O. Box 5855, Carol Stream, IL 60197-5855 |
| 5783690 | | Email/Text: bankruptcydepartment@tsico.com | Aug 07 2026 18:47:00 | Transworld Systems Inc, 500 Virginia Dr Suite 514, Ft Washington, PA 19034-2733 |

TOTAL: 18

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 09, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 7, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jill E. Durkin | jilldurkinesq@gmail.com PA92@ecfcbis.com |
| Mario J. Hanyon | on behalf of Creditor FREEDOM MORTGAGE CORPORATION wbecf@brockandscott.com mario.hanyon@brockandscott.com |
| Matthew K. Fissel | on behalf of Attorney KML Law Group P.C. bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| Sarah S. Mattingly | on behalf of Creditor FREEDOM MORTGAGE CORPORATION sarah.mattingly@dinsmore.com brooke.hudson@dinsmore.com;jamie.herald@dinsmore.com |
| Sarah S. Mattingly | on behalf of Attorney KML Law Group P.C. sarah.mattingly@dinsmore.com, brooke.hudson@dinsmore.com;jamie.herald@dinsmore.com |
| Stephen Franks | on behalf of Creditor FREEDOM MORTGAGE CORPORATION stephen.franks@dinsmore.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 7

# UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Leigh Torres,

**Debtor 1**

Chapter 7

Case No. 5:26−bk−00517−MJC

## Notice of Intention to Dismiss Bankruptcy Case

Section 343 of the Bankruptcy Code (11 U.S.C. § 343) requires debtors to appear and submit to an examination under oath at the meeting of creditors held under Section 341 of the Bankruptcy Code (11 U.S.C. § 341). The failure to appear at the Section 341 meeting of creditors is grounds for dismissal of the bankruptcy case.

The court's docket indicates that Debtor 1 failed to appear at the scheduled Section 341 meeting of creditors. **Accordingly, the Court intends to dismiss the bankruptcy case of Debtor 1.**

Any debtor opposing dismissal must file an objection with the Court on or before **August 28, 2026** explaining the failure to appear at each scheduled Section 341 meeting of creditors. Any creditor or party in interest that opposes this dismissal must file an objection with the Court on or before **August 28, 2026**.

**If no objections are filed by August 28, 2026, an Order will be entered dismissing the bankruptcy case of Debtor 1.**

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Seth F. Eisenberg<br>Clerk of the Bankruptcy Court:<br>By: MichaelMcHugh, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: August 7, 2026 |

ntnoshow (07/18)