United States Bankruptcy Court
Middle District of Pennsylvania

In re: Case No. 26-00517-MJC
Leigh Torres Chapter 7
Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5 User: AutoDocke 
Date Rcvd: Aug 25, 2026 Form ID: pdf010 Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 27, 2026:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| db | + | Email/PDF: leighnflanagan@aol.com | Aug 25 2026 18:45:00 | Leigh Torres, 325 Five Springs Road, Stroudsburg, PA 18360-8175 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 27, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 25, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jill E. Durkin | jilldurkinesq@gmail.com PA92@ecfcbis.com |
| Mario J. Hanyon | on behalf of Creditor FREEDOM MORTGAGE CORPORATION wbecf@brockandscott.com mario.hanyon@brockandscott.com |
| Matthew K. Fissel | on behalf of Attorney KML Law Group P.C. bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| Sarah S. Mattingly | on behalf of Attorney KML Law Group P.C. sarah.mattingly@dinsmore.com, brooke.hudson@dinsmore.com;jamie.herald@dinsmore.com |

| | |
|---|---|
| Sarah S. Mattingly | on behalf of Creditor FREEDOM MORTGAGE CORPORATION sarah.mattingly@dinsmore.com brooke.hudson@dinsmore.com;jamie.herald@dinsmore.com |
| Stephen Franks | on behalf of Creditor FREEDOM MORTGAGE CORPORATION stephen.franks@dinsmore.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 7

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In Re:** | : | **Case No. 5:26-bk-00517-MJC** |
| | : | |
| **Leigh Torres,** | : | **Chapter 7** |
| | : | |
| **Debtor,** | : | |
| | : | |

::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

**ORDER DENYING MOTION TO PROCEED IN FORMA PAUPERIS ON APPEAL**

Upon consideration of the Debtor's Motion to Proceed in Forma Pauperis filed July 6, 2026 ("Motion"), Doc. 164, and the Order to Appear and Show Cause entered on July 21, 2026, Doc. 174, and a hearing having been held on August 25, 2026, and the Debtor having failed to appear at the hearing, and for the reasons set forth on the record, it is hereby

**ORDERED** that the Motion is **DENIED**.

By the Court,

Mark J. Conway, Bankruptcy Judge
Dated: August 25, 2026