United States Bankruptcy Court
Middle District of Pennsylvania

In re: Leigh Torres
Debtor

Case No. 26-00517-MJC
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0314-5 | User: AutoDocke | 
Date Rcvd: Aug 31, 2026 | Form ID: ordsmiss | Total Noticed: 22

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 02, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| 5783701 | | GEM Financial Services, 21 W. 47th St., Suite 500, New York, NY 10036-2825 |
| 5783700 | | GEM Financial Services, 8413 5th Ave, Brooklyn, NY 11209-4709 |
| 5783696 | + | Homestar RX and Infusion Services, 77 S. Commerce Way Suite 200, Bethlehem, PA 18017-8891 |
| 5783693 | + | Whitetail Disposal Inc, 334 Layfield Rd, Perkiomenville, PA 18074-9558 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| db | + | Email/PDF: leighnflanagan@aol.com | Aug 31 2026 19:13:00 | Leigh Torres, 325 Five Springs Road, Stroudsburg, PA 18360-8175 |
| aty | ^ | MEBN | Aug 31 2026 18:48:38 | KML Law Group, P.C., BNY Independence Center, Suite 5000, 701 Market Street, Philadelphia, PA 19106-1541 |
| 5783685 | + | Email/PDF: bncnotices@becket-lee.com | Aug 31 2026 19:17:28 | American Express, P.O. Box 981537, El Paso, TX 79998-1537 |
| 5783697 | + | EDI: CAPITALONE.COM | Aug 31 2026 23:00:00 | Capital One Services LLC, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 5783687 | + | EDI: CITICORP | Aug 31 2026 23:00:00 | Citibank NA, P.O. Box 8218, Mason, OH 45040-8218 |
| 5783698 | | EDI: WFNNB.COM | Aug 31 2026 23:00:00 | Comenity Bank, P.O. Box 182273, Columbus, OH 43218-2273 |
| 5783682 | + | Email/Text: Bankruptcy@Freedommortgage.com | Aug 31 2026 19:13:00 | Freedom Mortgage Corporation, 951 W Yamato Road, Suite 175, Boca Raton, FL 33431-4444 |
| 5783691 | + | Email/Text: Lizann.Davis@pennmedicine.upenn.edu | Aug 31 2026 19:13:00 | Hospital of the University of Pennsylvania, 3400 Spruce St, Philadelphia, PA 19104-4238 |
| 5783686 | + | EDI: CITICORP | Aug 31 2026 23:00:00 | Macys, P.O. Box 6789, Sioux Falls, SD 57117-6789 |
| 5783688 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 31 2026 19:13:00 | Midland Credit Management, 320 E Big Beaver Road Suite 300, Troy, MI 48083-1271 |
| 5783694 | | Email/Text: bankruptcies@penncredit.com | Aug 31 2026 19:13:00 | PennCredit Corporation, 2800 Commerce Drive, Harrisburg, PA 17110 |
| 5783695 | | EDI: PRA.COM | Aug 31 2026 23:00:00 | Portfolio Recovery Associates LLC, P.O. Box 12914, Norfolk, VA 23541 |
| 5783699 | ^ | MEBN | Aug 31 2026 18:48:47 | PPL Electric, 645 Hamilton St.Suite 601, Allentown, PA 18101-1179 |
| 5783683 | + | Email/Text: bkrgeneric@penfed.org | Aug 31 2026 19:13:00 | PenFed Credit Union, P.O. Box 1432, Alexandria, VA 22313-1432 |

| | | | | |
|---|---|---|---|---|
| 5783689 | + | Email/Text: cs@securitycreditservicesllc.com | Aug 31 2026 19:13:00 | Security Credit Services, 306 Enterprise Dr, Oxford, MS 38655-2762 |
| 5783692 | ^ | MEBN | Aug 31 2026 18:48:52 | St Lukes University Health Network, P.O. Box 604152, Charlotte, NC 28260-4152 |
| 5783684 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Aug 31 2026 19:13:00 | Toyota Financial Services, P.O. Box 5855, Carol Stream, IL 60197-5855 |
| 5783690 | | Email/Text: bankruptcydepartment@tsico.com | Aug 31 2026 19:13:00 | Transworld Systems Inc, 500 Virginia Dr Suite 514, Ft Washington, PA 19034-2733 |

TOTAL: 18

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 02, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 31, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jill E. Durkin | jilldurkinesq@gmail.com PA92@ecfcbis.com |
| Mario J. Hanyon | on behalf of Creditor FREEDOM MORTGAGE CORPORATION wbecf@brockandscott.com mario.hanyon@brockandscott.com |
| Matthew K. Fissel | on behalf of Attorney KML Law Group P.C. bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| Sarah S. Mattingly | on behalf of Creditor FREEDOM MORTGAGE CORPORATION sarah.mattingly@dinsmore.com brooke.hudson@dinsmore.com;jamie.herald@dinsmore.com |
| Sarah S. Mattingly | on behalf of Attorney KML Law Group P.C. sarah.mattingly@dinsmore.com, brooke.hudson@dinsmore.com;jamie.herald@dinsmore.com |
| Stephen Franks | on behalf of Creditor FREEDOM MORTGAGE CORPORATION stephen.franks@dinsmore.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 7

# UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Chapter 7

Leigh Torres

Case number 5:26−bk−00517−MJC

**Debtor 1**

**Order**

After notice and opportunity for a hearing thereon, it appearing that Debtor 1 failed to attend the scheduled meetings of creditors pursuant to 11 U.S.C. § 341(a), it is

**ORDERED** that the case is hereby dismissed as to Debtor 1.

By the Court,

Mark J. Conway, United States Bankruptcy Judge

Dated: August 31, 2026

ordsmiss (05/18)